IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO and DIANE NOONAN, on behalf of themselves and others, | : : : | Case No. C-1-01 109 |
| | : | Judge Sandra S. Beckwith |
| Plaintiffs, | : : | |
| vs. | : : | **STIPULATED ORDER** |
| INTERNATIONAL PAPER COMPANY, | : : | |
| Defendant. | : | |

The Court is informed that the parties have stipulated to an extension of time, from September 9, 2003, to September 16, 2003, for the defendant to file memoranda opposing plaintiffs' attorneys' fee application. In turn the plaintiffs' attorneys shall have an additional two weeks, to October 14, 2003, in which to file reply memoranda in support of their fee application.

**IT IS SO ORDERED.**

Date:_____

_____
Honorable Sandra S. Beckwith
United States District Judge

Stipulated and Agreed:

_____
Michael A. Roberts (OH Bar No. 0047129)
Graydon Head & Ritchey, LLP
1900 5th 3rd Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836
email: mroberts@graydon.com

*Trial Counsel For Defendant*

W. Carter Younger (VSB 01147)
(Admitted Pro Hac Vice)
McGuireWoods LLP
One James Center
Richmond, VA 23219
(804) 775-4363
*Trial Counsel For Defendant*

Theresa L. Groh, Esq.
John C. Murdock
Murdock, Goldenberg, Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio, 45202
(513) 345-8291
(513) 345-8294
email:tgroh@mgsglaw.com
*Trial Counsel For Plaintiffs*