IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO, et al.,<br>   On behalf of themselves and<br>   all others similarly situated, | : <br> : <br> : <br> : | Case No.: C-1-01-109 <br><br> Judge Sandra S. Beckwith |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | **STIPULATED ENTRY** <br> <u>**EXTENDING TIME**</u> |
| THE INTERNATIONAL PAPER<br>COMPANY, | : <br> : <br> : | |
| Defendant. | : | |

The Court is informed that the parties have stipulated to an extension of time from October 14, 2003 to October 21, 2003, for Plaintiffs to file their reply memorandum in support of their fee application, and the Court approves and orders such extension.

IT IS SO ORDERED.

_____
Honorable Sandra S. Beckwith
United States District Judge


Stipulated and Agreed:

_____  _____
Theresa L. Groh (29806)              Michael Roberts (47129)
Murdock Goldenberg Schneider         Graydon, Head & Ritchey LLP
   & Groh, L.P.A.                    1900 5th 3rd Center
700 Walnut Street, Suite 400         511 Walnut Street
Cincinnati, Ohio  45202-2011         Cincinnati, Ohio  45202
Telephone:  (513) 345-8291           Telephone:  (513) 629-2799
Facsimile:  (513) 345-8294           Facsimile:  (513) 651-3836

{00008733; 1}