IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott D. Dalesandro, )
<u>et al.</u>, )
 )
        Plaintiffs, ) Case No. C-1-01-109
 )
  vs. )
 )
International Paper )
Company, )
 )
        Defendant. )

<u>O R D E R</u>

This matter came before the Court on October 28, 2003 for a phone conference on the issue whether amended notice should be sent to the class regarding payment of unused vacation time as part of severance benefits due. During the conference, the Court established the following deadlines:

>Defendant to serve discovery requests on Plaintiffs by October 29, 2003.
>
>Defendant to serve discovery requests on Smart Paper by October 31, 2003.
>
>Plaintiffs to respond to Defendant's discovery requests by November 12, 2003.
>
>Parties will submit blind briefs on this issue by December 12, 2003.
>
>Parties will submit responsive briefs by December 19, 2003.
>
>No reply briefs will be filed.

**IT IS SO ORDERED**

Date October 28, 2003         /s Sandra S. Beckwith
                                         Sandra S. Beckwith
                                United States District Judge