**EXHIBIT 4**

# INTERNATIONAL PAPER COMPANY

February 6, 2001

Smart Papers, LLC
c/o Smart Papers Advisors, LLC
5355 Town Center Road, Suite 802
Boca Raton, Florida 33486
Attention: Marc J. Leder
   and Rodger R. Krouse

Re: <u>Estimated Working Capital</u>

Gentlemen:

Reference is made to the Asset Purchase Agreement dated December 29, 2000 between Champion International Corporation and Smart Papers, LLC (the "Agreement"). Unless otherwise indicated, all capitalized terms shall have the respective meanings assigned thereto in the Agreement.

Pursuant to Section 2.5 of the Agreement, Seller hereby gives notice to Buyer that the Estimated Working Capital of the Business as of February 9, 2001 is $33,976,000. Attached as Schedule A hereto is the balance sheet used to compute the Estimated Working Capital.

5412        HAMILTON MILL

Pursuant to Section 2.2 of the Agreement, at Closing the Cash is equal to $2,964,000.[1]

At Closing the Cash Purchase Price should be wired to the following

Chase Manhattan Bank
New York, NY
ABA# 021000021
A/C# 0361046469
A/C Name: International Paper Company

---

[1] The Cash Purchase Price is equal to $23,200,000 minus the difference between the Working Capital Target of $54,212,000 and the Estimated Working Capital of $33,976,000.

NY1:115102.New York Server 7A        Draft February 5, 2001 - 12:52 pm

## HAMILTON PREMIUM PAPERS
## Estimated Working Capital
## February 9, 2001

**CURRENT ASSETS**

| | | |
|---|---|---:|
| Cash and Cash Equivalents | | $ 1 |
| Notes and Accounts Receivable | | |
| | Trade | 13,300 |
| | Cash Discount | (530) |
| | Allowance for Doubtful Accounts | (590) |
| | Freight Claims | - |
| | Other | 160 |
| | Total | $ 12,340 |
| Inventory | | |
| | Fiber | 2,850 |
| | Supplemental Chemicals | 1,270 |
| | Storeroom | 3,310 |
| | Supplies | 400 |
| | Work-In Process Inventory | 2,380 |
| | Finished Goods Inventory | 25,810 |
| | Reserve for LCM | (4,000) |
| | Intercompany Profit Reserve | - |
| | Unicap | - |
| | Total Inventory | $ 32,020 |
| Prepaid Expenses | | 60 |
| **TOTAL CURRENT ASSETS** | | **$ 44,421** |

**CURRENT LIABILITIES**

| | | |
|---|---|---:|
| Accounts Payable (Trade) | | $ 7,585 |
| Accounts Payable (Customer Rebates) | | 130 |
| Accounts Payable (Accrued Freight) | | - |
| Total Accounts Payable | | $ 7,715 |
| Accrued Liabilities | | |
| Hourly Payroll | | - |
| Hourly Vacation @ 68% | | 1,950 |
| Salaried Vacation @ 68% | | 720 |
| Taxes | | - |
| Other | | 60 |
| Total Accrued Liabilities | | $ 2,730 |
| **TOTAL CURRENT LIABILITIES** | | **$ 10,445** |
| **TOTAL WORKING CAPITAL** | | **$ 33,976** |