**EXHIBIT 6**

*[handwritten: 3:00 pm Friday, February 9th]*    *[handwritten: Wed morning @ 6 am for A Shift who would be 3-11 Friday.]*

# GUIDELINES FOR INTERNATIONAL PAPER EXIT PROCESS

**WHEN and WHERE**
A schedule will be issued during the week of February 5th that will establish the appropriate time period for each group of employees to come to the Human Resources Conference room and check out. It is expected that the actual close date will be known a few days in advance.

**WHY**
Several things will need to be accomplished during the check out process. Each employee will need to verify the remaining amount of unused vacation to be either paid if not returning with Smart Papers or documented so that Smart Papers has the correct amount and rate for 2000 vacation to be taken this year. All company owned property must be returned to IP. There must be documentation that the property has been returned in normal operating condition so the individual may be relieved of personal liability and responsibility. Also, the supervisor must verify that the employee's work area has been left in reasonable condition, specifically the locker or office must be clear of personal belongings and clean.

Items Appropriate to Remove
- Any personal belongings, cups, mugs, pictures, clothing, books, tools etc.
- Training manuals that were given for a specific class; this does not include operators manuals or equipment manuals.

Items Not Appropriate to Remove
- Any company owned tools or equipment. This includes office supplies and hand tools.
- Competency based operator training materials and equipment manuals.

Boxes are available from the Administrative Assistants in the area and from the Storeroom. Area supervisors will be asked to examine the contents of each box and sign the attached sheet that is to be completed by each employee prior to reporting HRD at the designated time.

Exceptions: Due to the unique situation for our field sales and field technical representatives as well as our maintenance personnel, special guidelines will be issued for them. Laptop computers should be turned in only if they cannot be secured in an office.

**WHAT'S NEXT**
At the time of the exit with International Paper, there will be a letter from SMART Papers indicating an appointment time. It is during this appointment when representatives from SMART Papers will be providing offers to applicants as well as telling some applicants they will not be receiving employment offers.

*Akj/myfiles/exitguidlines*

IPD300963

# MAINTENANCE EXIT GUIDELINES

*[handwritten annotation: not rolling wooden company supplied boxes]*

## SPECIAL CONSIDERATIONS

Maintenance technicians, both E &/I and mechanical, will have the option of removing their personal tools and toolboxes during the exit process. Due to the large amount of valuable tools and the on-going need to access these tools, maintenance technicians will have the option of removing their tools or leaving them locked and secured in a designated maintenance area.

In order to accomplish this, the area supervisor must sign off on the attached sheet that all tools have been inventoried and identified as either Company or personal. The supervisor and employee must agree on each item being either Company owned or personally owned. All tools must be secured in a designated place that is known to the supervisor. If the employee elects to leave his tools on the mill site during the transition and he is not offered employment with SMART Papers, he must report to the mill during a specified time to remove his personal tools. <u>He will be escorted by security.</u>

*Aky/myfiles/exitguidelines.maintenance*

IPD300964

# FIELD PERSONNEL EXIT GUIDELINES

The following applies to field sales or field technical employees who are not offered employment or who do not accept employment with SMART Papers:

The individual is responsible for contacting and coordinating with their manager the return of Company property within 24 hours of the time the decision regarding employment is rendered. The individual would stand financially responsible for any damage to company property while in their possession.

The following items are considered the property of International Paper:

Pagers
Keys to any company property
Company paid cellular phones
Home Office - company paid phones
Printers
Laptop Computers
Fax machines
Company car
Swatches and Sales Collateral
Customer Files

Any company credit cards or phone cards must also be returned. Any business related expenses that have been incurred must be noted, and appropriate documentation of expenses submitted on an expense report. No personal charges are to be applied to company charge cards.

*Akj/myfiles/exitguidelinesfield*

IPD300965

**Wednesday, February 7**
**6:30 a.m.**
"A" Shift - Dept. 832 - Ctg. Prep.
"A" Shift - Dept. 450 - Quality
"A" Shift - Dept. 835 - SFP
"A" Shift - Dept. 411 C.M. Shipping
"A" Shift - Dept. 435 - Utilities

**6:45 a.m.**
"A" Shift - Dept. 473 - #1 Machine Room
"A" Shift - Dept. 842 - Drums
"A" Shift - Dept. 852 - #10 Complex

**7:00 a.m.**
"A" Shift - Dept. 492 - Balers
"A" Shift - Dept. 853 - Rewinders
"A" Shift - Dept. 855 - Roll Storage

**7:15 a.m.**
"A" Shift - Dept. 860 - Sheeters
"A" Shift - Dept. 864 - Prod. Pkg.
"A" Shift - Dept. 487(1)-(4) - Mtc.

*Handwritten notes:*
All STD Employees.
· Sent letter yesterday - 2/5
· Come in on Thursday, Feb 7 to check out. Must come to plant vicinity

**Thursday, February 8**
**10:00 a.m. - 2:00 p.m.**
Salaried Employees

**2:30 p.m.**
Dept. 407 - Training
Dept. 409 - Loss Prevention
"C" & Days - CM Shipping Dept. 411
Dept. 414 - Fire Control

**2:45 p.m.**
"C" & Days Dept. 450 - Quality
"C" - Dept. 473 - #1 Machine Room
[redacted]

**3:00 p.m.**
"C" & Days - Dept. 842 - Drums
"C" & Days - Dept. 835 - SFP
"C" - Dept. 435 & 437 - Utilities
"C" & Days - Dept. 832 - Coating Prep.

**3:15 p.m.**
"C" & Days - Dept. 860 - Sheeters
"C" & Days - Dept. 864 - Prod. Pkg.

**4:00 p.m. - 6:00 p.m.**
Salaried employees

**7:00 p.m.**
Dept. 475 & 839 - 7am to 7p.m shift &

**10:30 p.m.**
"D" Shift - Dept. 411 - CM Shipping
"D" Shift - Dept. 435 & 437 - Utilities
"H" Shift - Dept. 857 - Embossers

**10:45 p.m.**
"D" Shift - Dept. 473 - #1 Machine Roc
"D" Shift - Dept. 842 - Drums
"D" Shift - Dept. 852 - #10 Complex

**11:00 p.m.**
"D" Shift - Dept. 492 - Balers
"G" & "H" Shift - Dept. 498 Dist. Ctr
"D" Shift - Dept. 855 - Roll Storage

IPD300966

"D" Shift - Dept. 487(1)-(4) - Mtc.

**11:15 p.m.**
"D" Shift - Dept. 853 - Rewinders
"D" Shift - Dept. 860 - Sheeters
"D" Shift - Dept. 864 - Prod. Pkg.

IPD300967

**Friday, February 9**
**6:30 a.m.**
"B" Shift - Dept. 832 - Coating Prep.
"B" Shift - Dept. 852 - #10 Complex
Dept. 475 & 639 - 7pm to 7am shift
"B" Shift - Dept. 835 - SFP

**6:45 a.m.**
"B" Shift - Dept. 435 & 437 - Utilities
"B" Shift - Dept. 473 - #1 Machine Room
"B" Shift - Dept. 842 - Drums

**7:00 a.m.**
"J" Shift - Dept. 857 - Embossers
"B" Shift - Dept. 492 - Balers
"J" Shift - Dept. 498 - Dist Ctr.
"B" Shift - Dept. 855 - Roll Storage
"B" Shift - Dept. 487(1)-(4) - Mtc.
"J" Shift - Dept. 418 - Housekeeping Svc.
"B" Shift - Dept. 450 - Quality
"B" Shift - Dept. 411 - CM Shipping

**7:15 a.m.**
"B" Shift - Dept. 853 - Rewinders
"B" Shift - Dept. 860 - Sheeters
"B" Shift - Dept. 864 - Prod. Pkg.

**9:00 a.m. to 11:00 a.m.**
Salaried employees

**1:00 p.m.**
Days, "F&I" Shift - Dept. 498 - Dist. Ctr.

**1:30 p.m.**
Days & "I" Shift - 857 Embossers
"C" - Dept. 492 - Balers
Dept. 497 - Box Shop
"C" - Dept. 852 - #10 Complex
"C" & Days - Dept. 853 - Rewinders
"C" - Dept. 855 - Roll Storage
xm

**2:00 p.m. - 3:00 p.m.**
"C" & Days - Dept. 487(1) - (4)

IPD300968

**Thursday, February 8**
10:00 a.m. - 2:00 p.m.
Salaried Employees

2:30 p.m.
Dept. 407 - Training
Dept. 409 - Loss Prevention
"C" & Days - CM Shipping Dept. 411

2:45 p.m.

"C" & Days Dept. 450 - Quality
"C" - Dept. 473 - #1 Machine Room
Dept. 472 - Unloading

3:00 p.m.
"C" & Days - Dept. 842 - Drums
"C" & Days - Dept. 835 - SFP
"C" - Dept. 435 & 437 - Utilities
"C" & Days - Dept.832 - Coating Prep.

3:15 p.m.
"C" & Days - Dept. 860 - Sheeters
"C" & Days - Dept. 864 - Prod. Pkg.

4:00 p.m. - 6:00 p.m.
Salaried employees

7:00 p.m.
Dept. 475 & 839 - 7am to 7p.m shift & Days

10:30 p.m.
"D" Shift - Dept. 411 - CM Shipping
"D" Shift - Dept. 435 & 437 - Utilities
"H" Shift - Dept. 857 - Embossers
"D" Shift - Dept. 450 - Quality

10:45 p.m.
"D" Shift - Dept. 473 - #1 Machine Room
"D" Shift - Dept. 842 - Drums
"D" Shift - Dept. 852 - #10 Complex
"D" Shift - Dept. 832 - Coating Prep.

11:00 p.m.
"D" Shift - Dept. 492 - Balers
"G" & "H" Shift - Dept. 498 Dist. Ctr

**Friday, February 9**
6:30 a.m.
"B" Shift - Dept. 832 - Coating Prep.
"B" Shift - Dept. 852 - #10 Complex
Dept. 475 & 839 - 7pm to 7am shift
"B" Shift - Dept. 835 - SFP

6:45 a.m.
"B" Shift - Dept. 435 & 437 - Utilities
"B" Shift - Dept. 473 - #1 Machine Room
"B" Shift - Dept. 842 - Drums

7:00 a.m.
"J" Shift - Dept. 857 - Embossers
"B" Shift - Dept. 492 - Balers
"B" Shift - Dept. 855 - Roll Storage
"B" Shift - Dept. 487(1)-(4) - Mtc.
"J" Shift - Dept. 418 - Housekeeping Svc.
"B" Shift - Dept. 450 - Quality
"B" Shift - Dept. 411 - CM Shipping

7:15 a.m.
"B" Shift - Dept. 853 - Rewinders
"B" Shift - Dept. 860 - Sheeters
"B" Shift - Dept. 864 - Prod. Pkg.

9:00 a.m. to 11:00 a.m.
Salaried employees

1:30 p.m.
Days & "I" Shift - 857 Embossers
"C" - Dept. 492 - Balers
Dept. 497 - Box Shop
"C" - Dept. 852 - #10 Complex
"C" & Days - Dept. 853 - Rewinders
"C" - Dept. 855 - Roll Storage

2:00 p.m. - 3:00 p.m.
"C" & Days - Dept. 487(1) - (4)
Dept. 414 - Fire Control

3:00 p.m. to 4:00 p.m.
"A" Shift - Dept. 832 - Ctg. Prep.
"A" Shift - Dept. 450 - Quality
"A" Shift - Dept. 835 - SFP
"A" Shift - Dept. 411 C.M. Shipping
"A" Shift - Dept. 435 - Utilities

IPD300969

"D" Shift - Dept. 855 - Roll Storage
"D" Shift - Dept. 487(1)-(4) - Mtc.

11:15 p.m.
"D" Shift - Dept. 853 - Rewinders
"D" Shift - Dept. 860 - Sheeters
"D" Shift - Dept. 864 - Prod. Pkg.

"A" Shift - Dept. 473 - #1 Machine Room
"A" Shift - Dept. 842 - Drums
"A" Shift - Dept. 852 - #10 Complex
"A" Shift - Dept. 492 - Balers
"A" Shift - Dept. 853 - Rewinders
"A" Shift - Dept. 855 - Roll Storage
"A" Shift - Dept. 860 - Sheeters
"A" Shift - Dept. 864 - Prod. Pkg.
"A" Shift - Dept. 487(1)-(4) - Mtc.

4:00 p.m.
Distribution Center
CM Shipping

7:00 p.m.
Distribution Center
CM Shipping

11:00 p.m.
Distribution Center
CM Shipping

IPD300970

# INTERNATIONAL PAPER
# EXIT ADMINISTRATIVE PROCESS

_____
Employee Name (Print)


Employee has returned the following company property:

| | |
|---|---|
| Pager | _____ |
| Keys | _____ |
| Cellular phone | _____ |
| Laptop computer | _____ |
| Company equipment | _____ |
| Company owned tools | _____ |


Does employee have any of the following:

| | | | |
|---|---|---|---|
| Phone card | _____ | Any outstanding charges | _____ |
| Credit card | _____ | Any outstanding charges | _____ |

Computer access to systems _____

Which systems: _____

Proprietary information: _____
(Requires additional forms and signatures)




Please note any outstanding items:

IPD300971

The employee has indicated the following personal property is still located on the premises:

The following arrangements have been made for this employee to pick up personal property:

The employee has indicated the last day of work to be: _____.

The employee has indicated _____ unused vacation.
(Separate sheet must be initialed).

Employees Current Mailing Address/Phone:

_____
_____
_____
_____

Once an employee has exited their employment, they are not permitted on Company property without securing authorization from Plant Security.

I hereby certify that I have returned all company property. I also certify, that other than as noted above I have received all personal property from company premises. All information listed above is true and correct to the best of my knowledge.

_____    _____
Employee                            Date


_____    _____
HRD Representative                  Date

IPD300972

# INTERNATIONAL PAPER
# EXIT PROCESS
# SUPERVISORY AUTHORIZATION FORM

I confirm that I have personally viewed the items which this employee is removing from Company property and certify that these items are within the guidelines of property which may be removed and considered personal property of this individual.

_____    _____
Employee Name                                                    Date


_____    _____
Authorized Supervisory Signature                                 Date

IPD300973