**EXHIBIT 7**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Ohio |

Scott Dalesandro et al.

V.

International Paper Co.

SUBPOENA IN A CIVIL CASE

Case Number:[1] C-1-01-109

TO: Smart Papers LLC
Milton Lewis
601 North B Street
Hamilton, Ohio 45013

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| Graydon, Head & Ritchey LLP, 1900 5th Third Ctr., 511 Walnut St., Cincinnati, Ohio | Nov. 18, 2003 at 1:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A.

| PLACE | DATE AND TIME |
| Graydon, Head & Ritchey LLP, 1900 5th Third Ctr., 511 Walnut St., Cincinnati, Ohio 45202 | Nov. 18, 2003 at 1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| Michael A. Roberts by [signature] | 10/31/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mike Roberts, Ohio Bar No. 0047129, Graydon, Head & Ritchey
1900 5th Third Ctr., 511 Walnut St., Cincinnati, OH 45202

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**Holidays**

Eligible employees will receive holiday pay for the following named holidays:

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| Good Friday | Day after Thanksgiving Day |
| Memorial Day (Monday) | Christmas Eve |
| Fourth of July | Christmas Day |
| Labor Day | |

Two (2) personal, floating or designated holidays.

The Company reserves the right to designate a set holiday, or holidays, for any of the two personal, floating or designated holidays.

# VACATIONS

**Eligibility**

Active salaried employees are eligible for vacation based on their length of service with Smart Papers. Employees must work at least one (1) day in a year to receive any vacation in that year.

**Length of Vacations**

The number of weeks of vacation for the current year is calculated as of December 31 of the prior year. The following table summarizes the current vacation schedule. Employees who formerly worked for International Paper B Street Mill as of the Closing of the transaction to sell the assets of the Mill to Smart Papers will be granted service credit for vacation eligibility up to the maximum of 4 weeks starting in 2002:

| Length of Continuous Service as of Dec. 31 | Length of Vacation |
|---|---|
| 1 year, but less than 2 years | 1 week |
| 2 years of service but less than 8 years | 2 weeks |
| 8 years of service but less than 15 years | 3 weeks |
| more than 15 years | 4 weeks |

Employees hired before July 1, will be entitled to one (1) week of vacation during the year in which they are hired after they have completed six (6) months of employment. Employees hired on or after July 1, will not be entitled to any vacation during the calendar year in which they are hired, but will be entitled to two (2) weeks of vacation after they have completed six (6) months of employment.

5

Notwithstanding the above, employees hired by Smart Papers who worked for International Paper B Street Mill as of the Closing of the transaction to sell the assets of the Mill to Smart Papers, shall retain all earned but unused vacation that they earned under International Paper's vacation plan in effect as of the Closing. Such employees shall be permitted time off for those vacation days at reasonable times as approved by the Company, and the employees shall receive vacation pay for such time off at the rate that such employees would have received as of the day prior to Closing for accrued unused vacation earned prior to but not after the Closing. This one-time retention of prior annual unused vacation is totally separate and apart from the Smart Papers' vacation policy described in the other paragraphs of this section. The Smart Papers' vacation policy described in the other paragraphs of this section governs all vacation time earned after the Closing.

Vacation pay does not count as hours worked for overtime calculation.

**Non-Accumulation – Non-Accrual**

Neither vacations nor vacation pay shall carry over from one calendar year to the next, except for unused vacation retained by employees who formerly worked for International Paper as of the closing of the sale of the mill to Smart Papers. Any unused vacation, (except that carried over from International Paper) will be paid by March 1 following the year in which it is earned.

It should be noted that vacation is a benefit earned through continuing employment, and entitlement to vacation pay is conditioned upon active employment. Upon separation from employment, employees will receive pay for all earned and unused vacation as of the date of their separation from employment, but not for the vacation they would have earned for the remainder of the year. Such employees will receive their vacation paid on a pro-rata basis, at the rate of 1/12 for each month they actually worked during the year.

**PAY PERIOD**

The pay period for salaried employees will be semi-monthly on the 15th and last day of the month, but can be changed by the company at any time with reasonable notice. Direct deposit is available to employees who wish to take advantage of this service. Direct Deposit may be required at the discretion of the company.

6