## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO and DIANE NOONAN, on behalf of themselves and others, | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. C-1-01 109 |
| vs. | : | |
| | : | Judge Sandra S. Beckwith |
| INTERNATIONAL PAPER COMPANY, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION
## FOR COURT APPROVAL OF CLASS COMMUNICATION

On February 18, 2004, Plaintiffs filed their Motion for Court Approval of Class Communication. International Paper Company has no objection to the Class Communication attached as Exhibit A to Plaintiffs' Motion.

Respectfully submitted,

INTERNATIONAL PAPER CO.

By: s / Michael Roberts

**COUNSEL FOR DEFENDANT**
**INTERNATIONAL PAPER CO.**
Michael A. Roberts (OH Bar No. 0047129)
Graydon Head & Ritchey, LLP
1900 5th 3rd Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836
email: mroberts@graydon.com

W. Carter Younger (VSB 01147)
(Admitted Pro Hac Vice)
James P. McElligott, Jr. (VSB 014109)
(Admitted Pro Hac Vice)
McGuireWoods LLP
One James Center
Richmond, VA  23219
(804) 775-4363

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2004, a true and complete copy of this document was delivered via electronic filing to Counsel for Plaintiff, Theresa L. Groh, Esq., and John C. Murdock at Murdock, Goldenberg, Schneider & Groh, L.P.A., 700 Walnut Street, Suite 400, Cincinnati, Ohio, 45202.

s/ Michael A. Roberts