IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
Scott D. Dalesandro,        )
et al.,                     )
                            )
          Plaintiffs,       ) Case No. 1:01-CV-109
                            )
     vs.                    )
                            )
International Paper         )
Company,                    )
                            )
          Defendant.        )
```

O R D E R

This matter is before the Court on Plaintiffs' motion for Court approval of class communication (Doc. No. 64). Defendant does not object to Plaintiffs' proposed class communication (Doc. No. 65). Accordingly, Plaintiffs' motion is well-taken and is **GRANTED**. Plaintiffs are authorized to distribute to the class members Exhibit A attached to their motion.

**IT IS SO ORDERED**

Date March 2, 2004                     s/Sandra S. Beckwith
                                       Sandra S. Beckwith
                                       United States District Judge