EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **SCOTT D. DALESANDRO, et al.,**<br>   **On behalf of themselves and**<br>   **all others similarly situated,** | **Case No.: C-1-01-109** |
| | **Judge Sandra S. Beckwith** |
| **Plaintiffs,** | |
| **v.** | |
| **THE  INTERNATIONAL PAPER<br>COMPANY,** | |
| **Defendant.** | |

## DECLARATION OF THERESA L. GROH

I, Theresa L. Groh, under penalty of perjury pursuant to 28 U.S.C. 1746, declare as follows:

1.  Since August 1, 2003, I spent 266.3 hours working on this case at an hourly rate of $325 which is the rate I ordinarily charge for non-contingent hourly legal work.  Attached at Tab A to this Declaration is an itemization of the legal work performed on this case.  I exercised billing judgment when entering the hours and work contained therein and included only that legal work which was essential to the case.  I omitted all time which is duplicative of other attorney time and reflects less than 10 minutes of work, including many short phone conferences and other meetings with clients, co-counsel, opposing counsel and staff.

2.  I have reviewed the entries and time records and verify that the information set forth therein, subject to the foregoing, is a true and accurate statement of my time and work performed in this case from August 1, 2003 through August 18, 2004.

{00010477; 1}

3.    One associate attorney, Todd B. Naylor, and my paralegal, Stephanie A. Vaaler, worked under my supervision on this case as members of Murdock Goldenberg Schneider & Groh, LPA during the time period covered by Plaintiffs' Supplemental Motion for Attorney Fees and Expenses, which is August 1, 2003 through August 18, 2004.

4.    Attached at Tab B to this Declaration is a true and accurate copy of the expenses incurred by Murdock, Goldenberg, Schneider & Groh, L.P.A. in this case up through August 18, 2004.  All expenses were related to and necessarily incurred in connection with this litigation.

So declared this _15th_ day of August 2004, Cincinnati, Ohio.

_____
Theresa L. Groh

# EXHIBIT 1-A

**Updated Through August 18, 2004**
**Summary of Billable Hours and Costs**

*Dalesandro, et al. v. International Paper Company*
(Supporting Statements Attached to Groh Declaration)

| **Attorneys** | Total # of Hours | Hourly Rate | Total | Total with 1.5 Multiplier |
|---|---|---|---|---|
| Theresa L. Groh | 1260.05 | $325 | $409,516.25 | $614,274.37 |
| John C. Murdock | 451.55 | $300 | $135,465.00 | $203,197.50 |
| Myron A. Wolf | 75.25 | $275 | $ 20,693.75 | $ 31,040.63 |
| Jeffrey S. Goldenberg | 17.7 | $275 | $ 4,867.50 | $ 7,301.25 |
| Todd B. Naylor | 21.3 | $200 | $ 4,260.00 | $ 6,390.00 |
| V. Brandon McGrath | 32.5 | $150 | $ 4,875.00 | $ 7,312.50 |
| **Paralegal** | | | | |
| Stephanie Vaaler | 258.55 | $ 85 | $ 21,976.75 | $ 32,965.13 |
| | | | | |
| Total Hours & Fees | 2116.90 | | $601,654.25 | $902,481.38 |

Total Costs
  Murdock Goldenberg Schneider & Groh        $12,860.56
  Myron A. Wolf                                             $      14.23
                                                                     $12,874.79                    $  12,874.79

**Total fees with multiplier and costs**
**through August 18, 2004**                                                      **$915,356.17**

TIME RECORDS OF MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA (August 1, 2003 through August 18, 2004)
*Dalesandro v. International Paper Company,* Case No. C-1-01-109

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|------|-----------|------|-------------|
| 08/01/03 | TLG | 2.30 | Draft Declarations for attorneys verifying hours for motion for fees and expenses; draft affidavits for clients; phone conferences with clients re: same; draft and revise motion for fees and expenses |
| 08/02/03 | TLG | 1.80 | Revise attorney Declarations; revise clients' affidavits; revise motion for fees and expenses |
| 08/03/03 | TLG | 2.50 | Research and revise motion for fees and expenses |
| 08/04/03 | TLG | 3.80 | Phone conferences with expert witnesses (Wayne and Stich) re: their Declarations in support of the motion for fees and expenses; conference with J.C. Murdock re: expert Declarations; draft expert Declarations and revise motion for fees and expenses; phone conferences with clients re: Reply and affidavits |
| 08/04/03 | JCM | .30 | Conference with T.L. Groh re: expert Declarations |
| 08/05/03 | TLG | 1.50 | Phone conferences with Wayne and Stich re: their Declarations; revise Wayne and Stich Declarations; conference with JCM re: same; phone conference with M. Wolf re: his Declaration and application for fees; phone conferences with clients re: status, strategy and Declarations |
| 08/06/03 | TLG | 2.50 | Finalize Declarations and exhibits to motion for fees and expenses; revise motion for fees and expenses |
| 08/07/03 | TLG | 3.30 | Conference with JCM re: motion for incentive awards, re: notice, re: final judgment entry, re: class certification issues; phone conference with Stich re: his Declaration; revise Stich Declaration and finalize; finalize motion for fees and expenses; review letter from defense counsel Miraglia and enclosed Exhibit A's and Defendant's calculations of benefits for class members who were inadvertently omitted from Defendant's original submission |

1

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 08/07/03 | JCM | .80 | Conference with TLG re: incentive awards, notice, final judgment entry and class certification issues |
| 08/08/03 | TLG | 5.20 | Conference with J.S. Goldenberg re: research on pre- and post-judgment issues; finalize and file motion for fees and expenses |
| 08/08/03 | JSG | .20 | Conference with TLG re: pre- and post-judgment research |
| 08/11/03 | TLG | .80 | Finalize Notice of Filing Declarations in Support of Plaintiffs' Motion for Fees and Expenses; conference with S.A. Vaaler re: same |
| 08/11/03 | SAV | 1.50 | Conference with TLG re: filing Declarations in support of Plaintiffs' Motion for Fees; assemble, finalize and file same |
| 08/25/03 | TLG | 1.20 | Review Court Order approving distribution of Notice to the class; conferences with JCM and SAV re: the procedure of drafting and sending notice to the class |
| 08/25/03 | JCM | .80 | Conference with TLG and SAV re: drafting and sending notice to the class |
| 08/25/03 | SAV | .80 | Conference with TLG and JCM re: sending notice to the class |
| 08/26/03 | SAV | 2.00 | Review Flex Six Exhibit A's for changes: cross-check Flex Six forms against Potential Severance Benefits chart; email to JCM and TLG re: same; cross-check figures in Flex Six Exhibit A's against Potential Severance Benefits chart |
| 08/28/03 | JCM | .50 | Review final Notice and draft recommended changes; conference with TLG re: same; conference with SAV re: issuance of Notice |
| 08/28/03 | TLG | .20 | Conference with JCM re: final notice language |
| 08/28/03 | SAV | .30 | Conference with JCM re: sending notice to the class |

2

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 08/29/03 | JCM | .80 | Draft correspondence to opposing counsel regarding notice and clarification for calculation of benefits for class members; conference with SAV re: notice to the class and Exhibit A's and attachments thereto |
| 08/29/03 | SAV | 1.90 | Meeting with JCM re: Exhibit A's and Notice; email to JCM re: Beecher Exhibit A; review Potential Severance Benefit chart for additional errors; discussion with C. Pence (secretary) re: Exhibit A project |
| 09/02/03 | SAV | .20 | Draft email to CP and JCM re: status of Notice; email to CP re: requests for Flex Six |
| 09/04/03 | TLG | .20 | Review letter from defense counsel Miraglia re: explanation of hire dates for J. Beecher |
| 09/04/03 | JCM | .30 | Draft correspondence to opposing counsel regarding inclusion of Maheau as a member of the class |
| 09/05/03 | JCM | .50 | Follow up from conference call with opposing counsel re: class notice issues |
| 09/08/03 | TLG | .80 | Conference with JCM and review of class notice and Exhibit A drafts; review Stipulated Entry Approving the Amended Class Action Notice; conference with JCM re: same |
| 09/08/03 | JCM | 3.20 | Draft entry and forward to opposing counsel approving Rule 23 class action notice; final review of draft of class notice with Exhibit A and forwarded to opposing counsel; conference with TLG re: class notice, attachments thereto and Entry opposing the same |
| 09/17/03 | TLG | 3.50 | Review Defendant's Response in Opposition to Plaintiffs' Motion for Fees; conference with JCM re: same; notes to file for the Reply |
| 09/17/03 | JCM | .80 | Conference with TLG re: Defendant's Opposition to Plaintiffs' Motion for Fees |
| 09/18/03 | TLG | 6.20 | Review and research Defendant's Response in Opposition to Plaintiffs' Motion for Fees |
| 09/19/03 | TLG | .30 | Conference with JCM re: modification of the Notice to the class |

3

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 09/19/03 | JCM | .30 | Conference with TLG re: notice to the class |
| 09/22/03 | TLG | 5.80 | Review and research Defendant's Response in Opposition to Plaintiffs' Motion for Fees; review the modification to the class Notice; conference with JCM re: same |
| 09/22/03 | JCM | 3.25 | Conference with TLG re: class notice and Defendant's Opposition to Plaintiffs' Motion for Fees; detailed review of Opposition to Motion for Fees |
| 09/22/03 | SAV | .50 | Conferences with CP re: notice project |
| 09/23/03 | TLG | .80 | Coordinate and finalize class action notice; conferences with JCM and SAV re: same |
| 09/23/03 | JCM | .30 | Conference with TLG and SAV re: class action notice |
| 09/23/03 | SAV | 2.70 | Meeting with CP re: giving instructions on format of Flex Six document to be typed; obtain envelopes for mailing; prepare notice of mailing; conferences with JCM and TLG re: class notice |
| 09/24/03 | SAV | 2.50 | Prepare Notice: review Order and materials re: manner of mailing notice, prepare envelopes, update notice chart |
| 09/25/03 | SAV | .80 | Update status of notice chart; phone conference with Fast Data re: database training |
| 09/26/03 | JCM | .20 | Review correspondence received from opposing counsel re: Maheau |
| 09/29/03 | SAV | .20 | Phone call from client re: current address; update status of notice chart |
| 10/01/03 | SAV | 1.70 | Resent returned mailings to researched addresses; research: current addresses of class members; update status of notice chart |
| 10/03/03 | SAV | .50 | Update status of notice chart |

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 10/07/03 | SAV | .50 | Research current address of class member; update status chart |
| 10/08/03 | TLG | 1.30 | Phone conferences with clients re: class action notice and Defendant's calculations of benefits and explanations to other employees; review letters sent by class members to Barger |
| 10/09/03 | TLG | 1.00 | Conference with JCM re: Defendant's Opposition to Attorney Fees and strategy re: the Plaintiffs' Reply |
| 10/09/03 | JCM | 1.00 | Conference with TLG re: Defendant's Opposition to Motion for Fees and re: Plaintiffs' Reply |
| 10/10/03 | TLG | 3.70 | Phone conferences with clients re: class action notice and Defendant's calculations of benefits and explanations to other employees; review letters sent by class members to Barger; review and research Defendants' Opposition to Attorney Fees Motion; outline and draft Reply |
| 10/13/03 | TLG | 9.80 | Review letters from class members objecting to Defendant's calculations of benefits; conference with SAV re: same; review and research Defendants' Opposition to Attorney Fees Motion; outline and draft Reply; phone conference with defense counsel McElligott re: employees' objections to Defendant's calculations of benefits; phone conference with James Hillmann re: customary copy charges; draft Hillmann Affidavit |
| 10/13/03 | SAV | .20 | Conference with TLG re: class members' objections to benefits calculations |
| 10/14/03 | TLG | .70 | Phone conferences with clients re: class action notice and Defendant's calculations of benefits and explanations to other employees; draft and research for Reply in Support of Attorney Fee motion; review and revise Hillmann Affidavit; phone conference with Hillmann re: same |
| 10/14/03 | SAV | 3.30 | Review Defendant's Response in Opposition; pull cases and prepare binder of same |

5

{00010466.1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 10/15/03 | SAV | 3.80 | Review and copy class member dispute correspondence; update status of notice chart re: same; organize files re: notice; updated notice chart; updated mailing list |
| 10/16/03 | TLG | 6.20 | Draft and research for Reply in Support of Attorney Fee motion; review transcript of telephone conference with the Court held on June 20, 2003 to use as an exhibit in the Reply; Conference with T.B. Naylor re: research of Defendant's arguments on insufficiency of time records |
| 10/16/03 | TBN | 5.30 | Conference with TLG on results re: research on "block billing" and specificity of timekeeping; research on sufficiency of billing records based on quarter-hour time keeping; draft memo on recoverable fees; obtain and review Southern District's Guidelines on Attorney Fee Applications; research on 28 U.S.C. 1920 and permissible recovery of expenses; conference with TLG on defense motion in opposition to fee application |
| 10/16/03 | SAV | 2.70 | Telephone conference with class members re: status; review time entries re: duplicity |
| 10/17/03 | TLG | 5.50 | Draft and research for Reply in Support of Attorney Fee motion; phone conference with expert (Wayne) re: rebuttal Declaration; draft Wayne Declaration; finalize Hillmann Affidavit and phone conference with Hillmann re: execution of same |
| 10/17/03 | SAV | .20 | Update status of Notice chart |
| 10/18/03 | TLG | .50 | Review and revise Wayne Declaration; phone conference with Wayne re: same |
| 10/20/03 | TLG | 11.50 | Draft and research for Reply in Support of Attorney Fee motion; phone conference with Wayne re: Declaration and finalize for execution; conference with JCM re incentive awards and draft of Reply |
| 10/20/03 | SAV | 3.00 | Prepare Reply brief: pull cases and exhibits, review Reply for reference to exhibits; update status of notice chart; copy dispute letters; phone conference with class member re: current address |

{00010466; 1}

6

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 10/20/03 | JCM | 9.50 | Draft/edit/revise of incentive award argument in reply brief; revise reply brief; conference with TLG re: same; follow up research regarding class representative incentive awards; conference with TLG re: issues for draft of reply memo in support of fee application; dictate first draft of reply memo portion concerning reply to incentive award arguments; detailed edit of reply memorandum |
| 10/21/03 | JCM | 7.25 | Continued detailed edit/revise of reply memo; conference with TLG regarding edits; final proof-read of reply brief |
| 10/21/03 | TLG | 8.20 | Draft and research for Reply in Support of Attorney Fee motion; revise and finalize Reply Memorandum in Support of Motion for Attorney Fees; finalize exhibits re: Reply; conference with JCM re: Reply draft |
| 10/21/03 | SAV | 4.20 | Prepare pleadings: Fee Reply and Appendix |
| 10/22/03 | SAV | .50 | Phone call from class member re: status; email to TLG re: same |
| 10/23/03 | SAV | .50 | Pacer search for notice and exhibits; pull and electronically copy same; email to defense counsel Roberts re: same |
| 10/24/03 | SAV | 1.40 | Research: address research for class member; copy documents related to class member for TLG; update status of notice chart |
| 10/27/03 | JCM | 3.50 | Detailed prep. for IP Court conference; conference with TLG re: same; research and analysis regarding vacation pay issues |
| 10/27/03 | TLG | 3.80 | Prepare for telephone conference with the Court re: employees' objections to Defendant's calculations of benefits and omission of vacation pay; conference with JCM re: same; phone conference with defense counsel McElligott re: employees' objections and request for copies of employee correspondence to and from Barger |

7

{00010466; 1}