| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 10/27/03 | SAV | 1.70 | Prepare of status of notice chart; cross-check same against TLG package of class member letters for completeness |
| 10/28/03 | JCM | 2.90 | Prepare for and participate in IP phone conference with Court; conference with TLG re: same; follow up re: discovery per Court order |
| 10/28/03 | TLG | 7.80 | Prepare for conference with the Court re: Defendant's calculations of severance benefits and omission of vacation pay; phone conference with the Court re: same; conference with JCM re: same; draft letter to send to the class members regarding their disputes of Defendant's calculations of benefits; review and revise same; draft, review and revise Plaintiffs' Interrogatories and Requests for Production of Documents |
| 10/29/03 | JCM | 2.70 | Conference with TLG re: IP discovery requests; research re: required scope of plaintiffs counsel for class discovery due to IP specific requests; review of requests; review/edit of class notice letter regarding vacation policy; review of correspondence to opposing counsel |
| 10/29/03 | TLG | 9.20 | Review and revise letter to class members and transmit to defense counsel re: getting approval of the same; draft, review and revise Plaintiffs' Interrogatories and Requests for Production of Documents; conference with JCM re: same; phone conference with clients re: same; review file and compile exhibits in support of vacation pay; letter transmitting same to defense counsel with request for employee correspondence to and from Barger |
| 10/29/03 | SAV | 2.00 | File review: review and copy documents re: class member disputes |
| 10/31/03 | TLG | 1.70 | Review Defendant's Interrogatories and Request for Production of Documents; draft responses re: same; review Defendant's subpoena duces tecum and notice of deposition directed to Smart Papers |
| 11/01/03 | JCM | .70 | Review of International Paper discovery subpoenas |
| 11/03/03 | SAV | .20 | Update status of notice chart |

8

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 11/04/03 | SAV | .10 | Telephone conference with client re: receipt of notice |
| 11/06/03 | SAV | 4.00 | File review: review administrative record for reference to class members' claims |
| 11/07/03 | SAV | 5.50 | File review: Administrative Record; prepare exhibit re: vacation benefit claims |
| 11/10/03 | TLG | 8.00 | Draft motion for court approval of class communication; review and revise same; prepare attachments for same; draft and revise Plaintiffs' Responses to Defendant's Interrogatories and Requests for Production of Documents; phone conference with clients re: same; conference with JCM re: same; conference with SAV re: same |
| 11/10/03 | JCM | .30 | Conference with TLG re: Plaintiffs' Responses to Defendant's Discovery Requests |
| 11/10/03 | SAV | 5.80 | File review: review Administrative Record; prepare chart re: benefit claims; telephone conference with class member re: good address; Conference with TLG re: Plaintiffs' Responses to Defendant's Interrogatories and Document Requests |
| 11/11/03 | TLG | 6.70 | Review and revise Plaintiffs' Motion for Court Approval of Class Communication; finalize same and finalize exhibits thereto; draft and revise Plaintiffs' Responses to Defendant's Interrogatories and Requests for Production of Documents; phone conference with clients re: same; conference with JCM re: same; conference with SAV re: same |
| 11/11/03 | JCM | .50 | Conference with TLG re: discovery issues and communications with the class |
| 11/11/03 | SAV | 4.00 | File review: Administrative Record; prepare chart re: benefit claims; discussion with TLG re: discovery; prepare discovery responses |
| 11/12/03 | TLG | 4.50 | Draft and revise Plaintiffs' Responses to Defendant's Interrogatories and Requests for Production of Documents; phone conference with clients re: same; conference with JCM re: same; conference with SAV re: same |

9

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 11/12/03 | JCM | .30 | Conference with TLG re: Plaintiffs' Responses to Defendant's Interrogatories and Requests for Production of Documents |
| 11/12/03 | SAV | .50 | Revise exhibits to discovery responses; prepare Exhibit for discovery response; conference with TLG re: same |
| 11/14/03 | TLG | .50 | Review Defendant's Response to Plaintiffs' Motion for Class Notice and Defendant's requested revisions to the proposed Notice; conference with JCM re: same |
| 11/14/03 | JCM | .20 | Conference with TLG re: Defendant's revisions to the proposed notice to the class |
| 11/17/03 | TLG | 1.80 | Review Court Order approving Notice for distribution to class members; conference with JCM and SAV re: sending the Notice to all class members; review file and assemble exhibits and evidence in support of inclusion of vacation pay as damages |
| 11/17/03 | JCM | .50 | Conference with TLG and SAV re: sending notice to the class |
| 11/17/03 | SAV | .50 | Conference with TLG and JCM re: sending Notice to the class |
| 11/18/03 | TLG | .80 | Review file and assemble exhibits and evidence in support of inclusion of vacation pay as damages; draft and revise letter to defense counsel McElligott re: vacation pay discovery issues; conference with JCM re: correspondence with McElligott |
| 11/18/03 | JCM | .20 | Review of correspondence to opposing counsel, with follow-up with TLG |
| 11/18/03 | SAV | 3.00 | Type notice letter; update status of notice letter with info re: update |
| 11/19/03 | TLG | 1.20 | Finalize letter to class members informing them of the status of the benefits dispute; conference with JCM re: strategy |
| 11/19/03 | JCM | .70 | Review edit of correspondence sent to class members per Court Order; conference with TLG on case matters |

10

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 11/19/03 | SAV | .90 | Prepare mailing to class members re: update |
| 11/21/03 | TLG | .30 | Review defense counsel McElligott's letter re: vacation pay discovery issues |
| 11/25/03 | SAV | .40 | Update status of notice chart |
| 12/01/03 | TLG | 1.30 | Review Defendant's Objections and Responses to Plaintiffs' Interrogatories and Requests for Production of Documents |
| 12/01/03 | SAV | .70 | Review documents produced by Smart Papers |
| 12/02/03 | TLG | 6.50 | Outline and draft Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages; review Defendant's Objections and Responses to Plaintiffs' Interrogatories and Requests for Production of Documents |
| 12/02/03 | SAV | 4.30 | Research good addresses of class members; review documents produced by Smart Papers |
| 12/03/03 | TLG | 3.50 | Review November 26, 2003 Declaration of Milton Lewis; outline and draft Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |
| 12/08/03 | TLG | 2.00 | Draft and revise Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |
| 12/09/03 | TLG | 3.80 | Draft and revise Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |
| 12/10/03 | TLG | 1.00 | Assemble exhibits for Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |
| 12/11/03 | TLG | 1.50 | Revise and assemble exhibits for Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 12/11/03 | SAV | 1.80 | Review Administrative Record for reference to vacation issue |
| 12/12/03 | TLG | 4.20 | Finalize Plaintiff's Motion for Supplemental Notice and Memorandum in Support of Inclusion of Vacation Pay as Damages |
| 12/12/03 | SAV | 1.00 | Review Motion and add references to Exhibits; proof motion |
| 12/15/03 | TLG | 2.70 | Review Defendant's brief in support of its position that class members have already been paid vacation benefits |
| 12/16/03 | TLG | 3.70 | Review Defendant's brief in support of its position that class members have already been paid vacation benefits; draft and outline Plaintiffs' response memorandum in support of inclusion of vacation pay |
| 12/17/03 | TLG | 4.20 | Draft and revise Plaintiffs' response memorandum in support of inclusion of vacation pay |
| 12/17/03 | SAV | .20 | Review status of notice report for good address re: class member Ivey; e-mail to C. Pence re: same |
| 12/18/03 | TLG | 3.30 | Draft and revise Plaintiffs' response memorandum in support of inclusion of vacation pay |
| 12/18/03 | SAV | 1.70 | Review Administrative Record for exhibits for response brief; update status chart with current addresses |
| 12/19/03 | TLG | 4.70 | Finalize and file Plaintiffs' response memorandum in support of inclusion of vacation pay |
| 12/19/03 | SAV | .80 | Research: Sheperdize cases for brief |
| 12/22/03 | TLG | .70 | Draft and revise letter to clients re: status and strategy |

12

{00010466;1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 12/22/03 | SAV | 1.30 | Preparation: copied four (4) briefs for co-counsel and clients; letter to clients re: same |
| 12/23/03 | TLG | .50 | Letter to Keating, Theobald, Cooper, Hobbs, Dempsey and Smith re: status and strategy |
| 12/23/03 | SAV | 1.30 | Draft and revise correspondence to class members re: status; revised class representative letter |
| 01/09/04 | TLG | .70 | Draft and revise letter to McElligott requesting copies of letters and objections sent to Barger re: Defendant's benefits calculations |
| 01/09/04 | SAV | 1.50 | File review for defendant's responses to discovery; emails to TLG and CP re: same; determination of location of class member using Locate Plus and Fast Data |
| 01/14/04 | TLG | 2.50 | Review Court's Order denying motion for supplemental notice and inclusion of vacation pay; conference with JCM re: same |
| 01/14/04 | JCM | 1.80 | Review Court Order denying supplemental notice and vacation pay; conference with TLG re: same |
| 01/21/04 | SAV | 3.00 | File review: class member benefits disputes; prepare chart re: benefit disputes |
| 01/22/04 | SAV | 2.90 | File review: class member benefits disputes; prepare chart of disputes and calculate disputed amounts |
| 01/23/04 | SAV | 5.00 | File review: class member benefits disputes; prepare chart of disputes and calculate disputed amounts |
| 02/10/04 | TLG | 2.00 | Draft Plaintiffs' Motion for Court Approval of Class Communication re: notifying them of the Court's ruling on vacation pay |

13

{00010466;1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 02/17/04 | TLG | 1.50 | Review and revise Plaintiffs' Motion for Court Approval of Class Communication re: notifying them of the Court's ruling on vacation pay |
| 02/17/04 | SAV | .20 | Telephone conference with class member regarding additional materials found evidencing miscalculation of start date; emails to TLG re: same |
| 02/18/04 | TLG | 2.80 | Finalize for filing the Plaintiffs' Motion for Court Approval of Class Communication re: notifying them of the Court's ruling on vacation pay |
| 02/19/04 | SAV | .10 | Review correspondence of class member; file same and update status chart |
| 03/01/04 | TLG | 1.50 | Review of Defendant's Response to Plaintiffs' Motion for Court Approval of Class Communication |
| 03/02/04 | TLG | .80 | Review Court's Order granting Plaintiffs' Motion for Court Approval of Class Communication; conference with JCM re: same; conference with SAV re: sending the letter to the class members |
| 03/02/04 | SAV | .20 | Conference with TLG re: mailing status letter to the class |
| 03/02/04 | JCM | .20 | Conference with TLG re: Court approval of class communication |
| 03/03/04 | TLG | .30 | Conference with SAV re: mailing notice and calculations of benefits in Defendant's Exhibit A's |
| 03/03/04 | SAV | .50 | Meeting with TLG re: class member mailing project; pull Exhibit A's to motion for TLG; update record re: status of Notice and benefits dispute |
| 03/04/04 | SAV | 2.00 | Prepare mailing to class members |

14

{00010466;1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 03/05/04 | TLG | .50 | Finalize letter to class members informing them of the Court's decision on their claims for vacation benefits |
| 03/05/04 | SAV | 2.20 | Prepare mailing to class members |
| 03/09/04 | SAV | 1.20 | Review correspondence received from class member (Bruce) re: disputed years of service; calculate disputed amount of class member and update chart re: same; update total disputed amount and updated chart re: same |
| 04/20/04 | SAV | .10 | Telephone conference with class member re: status |
| 04/21/04 | SAV | .20 | Review file for status of mailings; telephone call to C. Stanifer re: status |
| 04/22/04 | SAV | .10 | Telephone conference with class member re: status |
| 07/19/04 | TLG | 3.50 | Outline Report to the Court re: class notice and need for final judgment entry; review file re: same |
| 07/20/04 | TLG | 2.80 | Draft Report to the Court re: class notice and need for final judgment entry |
| 07/21/04 | SAV | 2.40 | Prepare timeline for affidavit re: notice to class |
| 07/22/04 | SAV | 5.30 | Draft timeline of activity for affidavit; review affidavit in other case; prepare Excel chart re: severance pay amounts |
| 07/26/04 | TLG | 3.70 | Draft and revise Report to the Court re: class notice and need for final judgment entry; conference with JCM re: pension enhancement valuation and expert report re: same |
| 07/26/04 | JCM | .50 | Conference with TLG re: pension valuation and Rosen work on report re: same |

15

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 07/26/04 | SAV | 1.80 | Review file of Barger letters and pull privileged materials; copy non-privileged Barger letters; pull and copy Exhibit A's re: Flex 6; revise Excel spreadsheets re: severance amounts |
| 07/27/04 | TLG | 2.80 | Draft and revise Report to the Court re: class notice and need for final judgment entry; compile exhibits and draft affidavits related to the Plaintiffs' Report; conference with JSG re: pension valuation |
| 07/27/04 | JSG | 1.80 | Conference with TLG; valuation analysis related to Flex 6 recipients |
| 07/27/04 | SAV | .70 | Review/edit Affidavit; review status of notice chart for figures for Affidavit |
| 07/28/04 | TLG | 5.20 | Draft and revise Report to the Court re: class notice and need for final judgment entry; compile exhibits and draft affidavits related to the Plaintiffs' Report |
| 07/28/04 | JSG | 1.70 | Continued work on Flex 6 Benefit calculations |
| 08/02/04 | TLG | 6.50 | Start draft of Plaintiffs' Supplemental Motion for Fees and Expenses; review time records; update research; check status of authority cited in initial motion; conference with JCM re: pension calculations and expert work re: same |
| 08/02/04 | JCM | .70 | Conference with TLG re: Rosen work on valuation of pension enhancement |
| 08/03/04 | TLG | 1.80 | Draft Plaintiffs' Supplemental Motion for Fees and Expenses |
| 08/04/04 | TLG | 2.70 | Draft Plaintiffs' Supplemental Motion for Fees and Expenses |
| 08/05/04 | TLG | 3.20 | Phone conferences with H. Rosen re: calculation of Flex Six Pension Enhancement value to class; review the pension enhancement calculations on the 17 Exhibit A's for the qualified class members; review the entire Retirement Plan; compile materials to transmit to H. Rosen and draft letter re: same; conference with JCM re: same |

16

{00010466; 1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 08/05/04 | JCM | .50 | Conference with TLG re: expert valuation of the pension enhancement |
| 08/06/04 | TLG | 1.50 | Phone conferences with H. Rosen re: preliminary calculations and report to submit to the Court; identify missing information and conference with SAV re: follow-up to get the information on dates of birth and race information; conference with JCM re: same |
| 08/06/04 | JCM | .50 | Conference with TLG re: expert analysis of pension enhancement |
| 08/06/04 | SAV | .20 | Conference with TLG re: filling in missing information for the pension valuation |
| 08/09/04 | TLG | 6.20 | Review Retirement Plan and conference with H. Rosen re: preliminary report on Flex Six enhancement value; conference with SAV re: follow up information; review time entries and revise for supplemental Motion |
| 08/09/04 | SAV | 2.40 | Conference with TLG re: information for pension enhancement; reviewe file for information re: Flex 6 class members' DOBs and race; LocatePlus searches; telephone conferences with class members re: knowledge of Flex 6 class members' DOBs and race; prepared chart re: same |
| 08/10/04 | TLG | 8.50 | Letter to defense counsel McElligott requesting information for the valuation of the Flex Six Pension Enhancement for certain members of the class; phone conference with H. Rosen office re: calculations and information; draft and revise letter to Defendant requesting the information necessary for the H. Rosen calculations; Review and revise time entries for Supplemental Motion for Fees |
| 08/11/04 | TLG | 6.80 | Phone conference with H. Rosen re: final calculations and remaining information yet to be produced by Defendant; review and revise time entries for Plaintiffs' Supplemental Motion for Fees; review correspondence; review pleadings file; review time records; review discovery file; conference with SAV re: status of contacts with class members re: Flex Six Enhancement |
| 08/11/04 | SAV | .20 | Conference with TLG re: contacting class members re: pension enhancement |

17

{00010466;1}

| DATE | ATTY/PARA | TIME | DESCRIPTION |
|---|---|---|---|
| 08/12/04 | TLG | 4.20 | Review and revise and research interest issues re: Supplemental Motion for Fees; review previous years time entries for Supplemental Motion for Fees |
| 08/13/04 | TLG | 3.70 | Review time entries and prepare chart for submission to Court; conference with JCM re: same |
| 08/13/04 | JCM | 1.80 | Review time entries for submission to Court; conference with TLG re: same |
| 08/16/04 | TLG | 2.50 | Phone conference with Rosen re: pension valuation and interest computations; revise time entries for Supplemental Motion for Fees |
| 08/17/04 | TLG | 2.80 | Phone conference with Rosen re: pension valuation and interest computations; revise Supplemental Motion for Fees |
| 8/18/04 | TLG | 4.30 | Finalize and revise Supplemental Motion for Fees and exhibits; review Rosen report and insert into Supplemental Motion for Fees; finalize and revise Report to Court re: Class Notice and interest and final judgment entry |

18

{00010466; 1}