# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO, et al.,<br>On behalf of themselves and<br>all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | Case No.: C-1-01-109<br><br>Judge Sandra S. Beckwith |

### DECLARATION OF JOHN C. MURDOCK

I, John C. Murdock, under penalty of perjury pursuant to 28 U.S.C. 1746, declare as follows:

1. Since August 1, 2003, I spent 48.3 billable hours working on this case at an hourly rate of $300 which is at or below the rate I ordinarily charge for non-contingent hourly legal work. Attached at Tab A to the Groh Declaration is an itemization of the legal work performed and hours expended on this case. I exercised billing judgment when entering my hours and work contained therein and included only that legal work which was essential to the case. I omitted all time which was duplicative of other attorney time and reflects less than 10 minutes of work, including many brief phone conferences and other meetings with clients, co-counsel, opposing counsel and staff within my firm.

{00010476; 1}

2.  I have reviewed the entries and time records and verify that the information set forth therein, subject to the foregoing, is a true and accurate statement of my time and work performed in this case from August 1, 2003 through August 18, 2004.

So declared this __18th__ day of August 2004, Cincinnati, Ohio.

_____
John C. Murdock

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO, et al.,<br>On behalf of themselves and<br>all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | Case No.: C-1-01-109<br><br>Judge Sandra S. Beckwith |

## DECLARATION OF JEFFREY S. GOLDENBERG

I, Jeffrey S. Goldenberg, under penalty of perjury pursuant to 28 U.S.C. 1746, declare as follows:

1. Since August 1, 2003, I spent 3.7 hours working on this case at an hourly rate of $275.00, which is a reduced hourly rate from that which I ordinarily charge for non-contingent legal work. Attached at Tab A to the Groh Declaration is an itemization of the legal work performed on this case. I have reviewed the entries and time records and verify that the information set forth therein is a true and accurate statement of my time and work performed in this case from August 1, 2003 through August 18, 2004.

So declared this 18th day of August 2004, Cincinnati, Ohio.

_____
Jeffrey S. Goldenberg

{00010494; 1}

# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO, et al., On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNATIONAL PAPER COMPANY, <br><br> Defendant. | Case No.: C-1-01-109 <br><br> Judge Sandra S. Beckwith |

### DECLARATION OF TODD B. NAYLOR

I, Todd B. Naylor, under penalty of perjury pursuant to 28 U.S.C. 1746, declare as follows:

1. Since August 1, 2003, I spent 5.3 hours working on this case at an hourly rate of $200.00, which is the hourly rate I ordinarily charge for non-contingent legal work. Attached at Tab A to the Groh Declaration is an itemization of the legal work performed on this case. I have reviewed the entries and time records and verify that the information set forth therein is a true and accurate statement of my time and work performed in this case from August 1, 2003 through August 18, 2004.

So declared this __18__ day of August 2004, Cincinnati, Ohio.

_____
Todd B. Naylor

{00010495; 1}