# EXHIBIT 1-B

# Murdock Goldenberg Schneider & Groh

A Legal Professional Association

700 Walnut Street
Suite 400
Cincinnati, OH 45202-2011

**Invoice submitted to:**

International Paper Class Action

August 1, 2003 - August 18, 2004

In Reference To:   **International Paper Class Action**

Invoice No.  **12028**

Professional services

|  | Qty/Price | Amount |
|---|---:|---:|
| 8/1/2003- Lexis On-Line Legal Research Database Cost<br>8/31/2003 | 1<br>281.75 | 281.75 |
| Long Distance Telephone Expense | 1<br>0.23 | 0.23 |
| 8/26/2003  Airborne Express charge | 1<br>34.02 | 34.02 |
| 8/1/2003- Postage Cost<br>8/31/2003 | 1<br>17.85 | 17.85 |
| Photocopy cost | 3078<br>0.15 | 461.70 |
| Facsimile Transmission Cost | 22<br>0.15 | 3.30 |

International Paper Class Action                                                Page   2

|  | Qty/Price | Amount |
|---|---:|---:|
| 9/1/2003- Long Distance Telephone Expense<br>9/30/2003 | 1<br>0.53 | 0.53 |
| Postage Cost | 1<br>176.70 | 176.70 |
| Facsimile Transmission Cost | 14<br>0.15 | 2.10 |
| Facsimile Transmission Cost | 32<br>0.15 | 4.80 |
| Photocopy cost | 1658<br>0.15 | 248.70 |
| 10/1/2003- Lexis On-Line Legal Research Database Cost<br>10/31/2003 | 1<br>226.49 | 226.49 |
| Photocopy cost | 1029<br>0.15 | 154.35 |
| Long Distance Telephone Expense | 1<br>0.25 | 0.25 |
| 10/1/2003- Legal Research on Pacer<br>12/31/2003 | 1<br>5.18 | 5.18 |
| 10/1/2003- Postage Cost<br>10/31/2003 | 1<br>17.20 | 17.20 |
| 10/28/2003  Legal Research on PACER | 1<br>14.21 | 14.21 |

International Paper Class Action                                                                 Page  3

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 11/1/2003-<br>11/30/2003 | Facsimile Transmission Cost | 3<br>0.15 | 0.45 |
|  | Photocopy cost | 473<br>0.15 | 70.95 |
|  | Postage Cost | 1<br>61.45 | 61.45 |
| 11/3/2003 | UPS Express/Certfied Mail Delivery | 1<br>23.09 | 23.09 |
| 11/25/2003 | Airborne Express charge | 1<br>17.14 | 17.14 |
|  | First Data Research | 1<br>34.40 | 34.40 |
| 12/1/2003 | Airborne Express charge | 1<br>21.97 | 21.97 |
| 12/1/2003-<br>12/31/2003 | Photocopy cost | 1529<br>0.15 | 229.35 |
|  | Postage Cost | 1<br>22.82 | 22.82 |
|  | Lexis On-Line Legal Research Database Cost | 1<br>129.27 | 129.27 |
|  | Long Distance Telephone Expense | 1<br>0.18 | 0.18 |
| 1/1/2004-<br>3/31/2004 | PACER Legal Research | 1<br>0.35 | 0.35 |
| 1/1/2004-<br>1/31/2004 | Long Distance Telephone Expense | 1<br>0.14 | 0.14 |
|  | Photocopy cost | 99<br>0.15 | 14.85 |

International Paper Class Action                                                                    Page   4

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 1/1/2004- 1/31/2004 | Postage Cost | 1<br>5.13 | 5.13 |
|  | Lexis On-Line Legal Research Database Cost | 1<br>35.45 | 35.45 |
| 1/19/2004 | First Data research | 1<br>7.35 | 7.35 |
| 2/1/2004- 2/29/2004 | Postage Cost | 1<br>1.20 | 1.20 |
|  | Photocopy cost | 20<br>0.15 | 3.00 |
|  | Long Distance Telephone Expense | 1<br>0.06 | 0.06 |
| 3/1/2004- 3/31/2004 | Postage Cost | 1<br>55.87 | 55.87 |
|  | Photocopy cost | 228<br>0.15 | 34.20 |
| 4/1/2004- 4/30/2004 | Long Distance Telephone Expense | 1<br>0.18 | 0.18 |
|  | Postage Cost | 1<br>0.37 | 0.37 |
|  | Photocopy cost | 1<br>0.15 | 0.15 |
| 5/1/2004- 5/31/2004 | Photocopy cost | 4<br>0.15 | 0.60 |
| 6/1/2004- 7/31/2004 | Photocopy cost | 284<br>0.15 | 42.60 |
| 8/1/2004- 8/18/2004 | Facsimile Transmission Cost | 3<br>0.15 | 0.45 |

International Paper Class Action                                                                 Page   5

|  | | Qty/Price | Amount |
|---|---|---|---|
| 8/1/2004- 8/18/2004 | Photocopy cost | 2239<br>0.15 | 335.85 |
| | Postage Cost | 1<br>0.37 | 0.37 |
| 8/18/2004 | Burke Rosen & Associates | 1<br>4,775.00 | 4,775.00 |
| | Total costs | | $7,559.39 |
| | Total amount of this bill | | $7,559.39 |
| | Balance due | | $7,559.39 |