IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION            04 AUG 20 PM 2:33

| | |
|---|---|
| SCOTT D. DALESANDRO, et al., On behalf of themselves and all others similarly situated, | Case No.: C-1-01-109 |
| | Judge Sandra S. Beckwith |
| Plaintiffs, | |
| v. | NOTICE OF FILING |
| THE INTERNATIONAL PAPER COMPANY, | |
| Defendant. | |

Please take notice that the Plaintiffs have filed with the Clerk of the United States District Court for the Southern District of Ohio the Declaration of Theresa L. Groh. This document, filed under seal, is Exhibit 2 to Plaintiffs' Report on the Results of the Notice to the Class for Entry of Final Judgment which was filed today via ECF (Doc. #68).

Respectfully submitted,

*Theresa L. Groh/cp*
Theresa L. Groh (0029806)
Murdock Goldenberg Schneider & Groh, LPA
Suite 400, 700 Walnut Street
Cincinnati, Ohio 45202-2011
(513) 345-8291 Telephone
(513) 345-8294 Facsimile
**Attorney for Plaintiffs**

{00010582; 1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Filing has been served upon counsel for Defendant, Michael Roberts, Esq., Graydon, Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202, by hand delivery, and W. Carter Younger, Esq. and James P. McElligott, Esq., McGuire Woods, LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4030 via UPS Next Day Air, this 20th day of August, 2004.

*Theresa L. Groh/cp*
Theresa L. Groh