Exhibit A

Part 2 of 3

THOMAS J. McALPIN, IV

October 8, 2003

Sharon Barger
International Paper
6400 Poplar Avenue
Memphis, Tennessee 38197

Re:    Dalesandro, vs International Paper
       Case No. C-1-01-109
       US District Court, Southern District of Ohio

Dear Ms Barger:

In response to the court ordered Notice of September 24, 2003, we the individual members are to notify you in writing of discrepancies in the calculation of our severance pay and severance benefits of Severance Policy 828.

You did indeed calculate my weekly pay correctly. However, the Years of Service is incorrect. That number is 4 Years. Therefore 14 weeks at $ 1194.24 or $16,719.36. Also, other pertinent benefits of the entire 828 package which I am eligible for were left off the September 24, 2003 letter. These include vacation pay and 9 months of COBRA coverage.

I am entitled to three (3) weeks of vacation pay, $3582.72.

Also 9 months of Cobra at ($22.95 medical & $11.22 dental per pay) for 18 pay periods or $615.06.

This brings the total owed to me from International Paper to:

| | |
|---|---|
| Salary | $16,719.36 |
| Vacation | $3582.72 |
| Cobra | $615.06 |
| Total | $20,917.14 |

Sincerely,

**Thomas J. McAlpin IV**
**4291 Dry Run Drive**
**Hamilton, Ohio 45013**

xc: Theresa L. Groh, Esq.
Murdock, Goldenberg, Schneider
&Groh, L.P.A.
700 Walnut Street
Suite 400
Cincinnati, Ohio 45202

RECEIVED OCT 1 4 2003



International Place I
6400 Poplar Ave.
Memphis, TN 38197
Phone 901 763 6000

May 25, 2004

Mr. Thomas McAlpin
4291 Dry Run Drive
Hamilton, OH 45013

Re: Champion International Corporation Reorganization Severance Policy #828

Dear Mr. McAlpin:

We are in receipt of your letter dated 10/14/2003, in which you question your entitlement to vacation and/or COBRA. The following will explain the results of our research.

With regard to your request for vacation pay, when Smart Papers purchased the Hamilton Mill, the asset purchase agreement required Smart Papers to honor earned and accrued vacation for the employees it retained following the sale. Because you were retained by Smart Papers, Smart Papers was required to provide you with your earned and accrued vacation.

With regard to your claim for COBRA benefits, all Hamilton Mill employees were provided with information related to their COBRA benefits at the time of the sale to Smart Papers. Under COBRA, continuation coverage must be elected within 60 days after your coverage ends or you are notified of your eligibility for continuation coverage, whichever is later. As the time for electing COBRA coverage has long past, you are no longer eligible for COBRA benefits. Furthermore, because you were hired Smart Papers on or about February 9, 2001, you became eligible for Smart Paper's coverage which was comparable to the coverage provided by International Paper. When you obtained comparable coverage, you eligibility for COBRA ended. Thus, you are not currently eligible for COBRA benefits from International Paper.

Cordially,



Sharon L. Barger
Benefits Consultant, Employee Benefits
Office of the Plan Administrator

MICHAEL L. MEYER

October 14, 2003

Sharon Barger
International Paper
6400 Poplar Avenue
Memphis, Tennessee 38197

Re:    Dalesandro, vs International Paper
       Case No. C-1-01-109
       US District Court, Southern District of Ohio

Dear Ms Barger:

In response to the court ordered Notice of September 24, 2003, we the individual
members are to notify you in writing of any discrepancies in the calculation of our
severance pay and severance benefits related to the Champion International
Reorganization Severance Policy #828. Therefore I, as one of the members of the class,
am notifying you in writing of the following discrepancies in the calculation of my
severance pay and benefits:

      **Item #1 – Weekly Pay**
      Attached to this letter is exhibit #1, a copy of my pay stub for the pay period
      1/1/01-1/15/01. At the bottom of the stub you will see my gross pay for this two-
      week period is listed as $3,238.69, which works out to a weekly salary of
      $1619.34 as opposed to the weekly salary of $1357.70 claimed by International
      Paper(see exhibit #2).

      **Item #2 – Vacation Pay**
      At the time of my severance, I had not used any of the 5 weeks of vacation to
      which I was entitled by my 21 years of service. Therefore I am claiming an
      additional 5 weeks of severance pay in lieu of this unused vacation.

      **Item #3 – Cobra Payments**
      In the period following my severance from International Paper, I paid out $504.90
      in payroll deductions to Smart Papers LLC for Cobra medical coverage(see
      exhibit #3). Therefore I am claiming this amount of money for the Cobra
      payments following my termination.

      **Item #4 – Pension Enhancement**
      At the time of my severance from International Paper, I was age 49 and had a
      total 21.7 years of service with Champion International and International
      Paper(see exhibit 2). Since my age is greater than or equal to 49 years and my
      combination of age and years of service is greater than or equal to 59 I therefore
      qualify for the plan #828 pension enhancement. This enhancement entitles me to

**RECEIVED OCT 2 0 2003**

early retirement, post retirement death benefits, post retirement life insurance, and post retirement medical plan coverage.

**Item #5 – Financial Planning/Retirement Planning**
Since I will be eligible for early retirement due to the pension enhancement as mentioned in Item #4, I will require the financial/retirement planning assistance outlined on page 6 of the "Summary Plan Description" of plan #828.

In summary, the various benefits owed to me by International Paper are as follows:

**Monetary Benefits**

|   |   |   |
|---|---|---|
|   | 10.0 | wks earnings base severance |
|   | 21.7 | wks earnings for 21.7 yrs of service |
|   | 6.7 | wks earnings for each yr of service over 15 yrs |
| + | 5.0 | wks earnings for 5 wks of unused vacation |
| = | 43.4 | total wks of earnings |

= 43.4 total wks of earnings X $1,619.34/wk salary = $70,279.36

|   |   |   |
|---|---|---|
|   | $58,924.18 | severance earnings |
| + | $504.90 | cobra payments |
| = | $59,429.08 |   |

**Other Benefits**
Pension enhancement consisting of:

- Early retirement
- Post retirement death benefits
- Post retirement life insurance
- Post retirement medical plan coverage

Financial/retirement planning assistance

Sincerely,

*Michael L. Meyer*

Michael L. Meyer



rdock, Goldenberg, Schneider & Groh

  

**H**

Champion International Corporation

01-12-2001
10001211
AMOUNT
1,464.46

FINANCIAL INSTITUTION
CHACO CREDIT UNION

*Exhibit #1*

CC 5A MMHA 5430 4600 M0001
MICHAEL LOUIS MEYER
782 IMPALA PLACE
HAMILTON                    OH 45013

## PAYROLL DEPOSIT ADVICE ONLY - NON NEGOTIABLE

STATEMENT OF EARNINGS AND DEDUCTIONS        RETAIN FOR YOUR RECORDS

INTERNATIONAL PAPER   (CC-5A) MEYER, MICHAEL LOUIS
CC5A

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARN | | 8666 | 294187 | 294187 |
| T | | | 7752 | 7752 |
| T | | | 21950 | 21950 |

| TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|
| FEDERAL | 31636 | 31636 |
| SOCI | 17974 | 17974 |
| M | 4204 | 4204 |
| OHIO | 11412 | 11412 |
| HAMILTON | 6038 | 6038 |
| LTD | 2589 | 2589 |
| GROUP LIFE | 913 | 913 |
| SAL SAV LOAN 1 | 25840 | 25840 |
| PRETAX DENTAL | 3050 | 3050 |
| PRTAX GRP LIFE | 500 | 500 |
| PRTAX SLRY SAV | 17650 | 17650 |
| PRTAX HTH CARE | 2917 | 2917 |
| PRTAX OCMED | 27500 | 27500 |
| UNITED WAY | 200 | 200 |
| CHACO C/U | 25000 | 25000 |
| DIR DEP SAV | 146446 | 146446 |

*Earnings four
2 week period*

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | SEQUENCE NUMBER | AMOUNT OF DEPOSIT |
|---|---|---|---|---|---|---|---|
| CURRENT | 323869 - | 71264 - | 106159 = | 146446 | BEGIN 01-01-01 | 10001211 | 146446 |
| YEAR TO DATE | 323869 - | 71264 - | 106159 = | 146446 | END 01-15-01 | | |

FC1127

*Exhibit #2*

**Exhibit A to Class Notice**

**Michael L. Meyer**

<u>YOUR SEVERANCE PAY CALCULATION UNDER POLICY #828</u>

| Weekly Pay | Years of Service | Age at February 9, 2001 Termination | Weeks of Severance |
|---|---|---|---|
| $1,357.70 | 21.70 | 49 | 38.40 |

*vs $1619.34 calculated from pay stub - see item #1*

*correct*

*correct*

*+ 5 weeks unused vacation - see item #2*

**Your #828 Severance Pay Amount:  $52,135.68**

{00008567: 1}

Page 1 of 1

*Exhibit #3*
*Printout of email from Ted Hillberg, Smart Papers LLC*

**Meyer, Mike**

| | |
|---|---|
| **From:** | Hillberg, Ted |
| **Sent:** | Friday, October 10, 2003 2:44 PM |
| **To:** | Meyer, Mike |
| **Subject:** | Cobra payments |

| | PAYDATE | CHK# | DED AMT |
|---|---|---|---|
| MEYER, MICHAEL LOUIS | 5/4/2001 | 00180054 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 5/18/2001 | 00204056 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/1/2001 | 00220058 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/15/2001 | 00244007 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/29/2001 | 00260060 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 7/13/2001 | 00280059 | |
| | | | 84.15 |
| **MEYER, MICHAEL LOUIS Total** | | | 504.90 |

SALARIED RETIREMENT PLAN
OPTIONAL FORMS OF RETIREMENT BENEFITS

Name: Mike Meyer
Social Security Number: 

Plan Number: 001A
Retirement Date: 03/01/2001
Date Prepared: 11/07/2003

Monthly Benefit Payable

| To retiree | To Contingent Annuitant | |
|---|---|---|
| $982.92 | N/A | SINGLE LIFE ANNUITY - You will receive a payment for your lifetime, payments stop at your death. |
| | | CONTINGENT ANNUITANT ANNUITY OPTIONS - You will receive a monthly benefit during your lifetime and guarantee that the contingent annuitant you designate will receive a selected percentage of that benefit for their lifetime after your death. |
| $884.63 | $442.32 | 50% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| $835.48 | $626.61 | 75% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| $786.34 | $786.34 | 100% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| | | LIFE-TERM CERTAIN ANNUITY OPTIONS - This option provides you with a monthly benefit for your lifetime. If you die within the selected guaranteed period, your named beneficiary will continue to receive the same monthly amount for the balance of the period. If you live longer than the guaranteed period, payments stop at your death. |
| $963.26 | | 5 YEAR CERTAIN |
| $914.12 | | 10 YEAR CERTAIN |
| $855.14 | | 15 YEAR CERTAIN |
| $796.17 | | 20 YEAR CERTAIN |
| $1,355.25 | to 02/01/2014 | LEVEL INCOME OPTION - This option pays a larger benefit to age 62 and a benefit after age 62, reduced to account for social security. |
| $56.25 | thereafter | Payments stop at your death. |
| $1,235.81 | to 02/01/2017 | LEVEL INCOME OPTION - This option pays a larger benefit to age 65 and a benefit after age 65, reduced to account for social security. |
| $0.00 | thereafter | Payments stop at your death. |
| $904.29 | | FULL CASH REFUND ANNUITY - This option provides you with a monthly benefit for lifetime with a guarantee that if you die before receiving payments equal to the total annuity value, your named |
| ANNUITY VALUE $134,420.87 | | beneficiary will receive the difference in a lump sum. If you die after the monthly payments exceed the annuity value, payments stop at your death. |

If you are not married, the single life annuity is the basic form of retirement benefit under the plan.

If you are married, the joint & surviving spouse annuity is the basic form of retirement benefit under the plan and is payable in the amounts shown under the 50% contingent annuitant option above.

### SCHEDULE OF DEATH BENEFIT AFTER RETIREMENT

| | | | |
|---|---|---|---|
| Name | Mike Meyer | Retirement Date | 03/01/2001 |
| Social Security Number | ████ | Hire Date | 05/29/1979 |
| Plan Number | 001A | Birth Date | ████ |
| | | Date Prepared | 11/07/2003 |

### DEATH BENEFITS AFTER RETIREMENT

| Amount | From | To |
|---|---|---|
| $5,000.00 | 03/01/2001 | Thereafter |



INTERNATIONAL PAPER

International Place I
6400 Poplar Ave.
Memphis, TN 38197
Phone 901 763 6000

May 25, 2004

Michael L. Meyer
782 Impala Place
Hamilton, Ohio 45013

Re: Champion International Corporation Reorganization Severance Policy #828

Dear Mr. Meyer,

We are in receipt of your letter dated October 14, 2003, in which you question the amount of the earnings used for the calculation of possible severance benefits payable under Champion International Corporation Reorganization Severance Policy #828 ("the Plan") as well as entitlement to vacation pay, reimbursement for COBRA coverage and pension enhancement. The following will explain the results of our research.

A review of payroll records indicates you were paid on a semi-monthly basis. The check stub that you provided in your correspondence was for the pay period of January 1 through January 15, which is a semi-monthly not a bi-weekly pay period. Your semi-monthly pay was $2,941.67, or $70,600.08 annually, which, according to the plan is $1,357.70 per week for severance.

As a result of our findings, no change will be made to the estimated severance benefit quoted in our previous communication.

Regarding pension, I have enclosed updated pension information reflecting your eligibility for the enhanced pension benefit as provided in the Plan.

With regard to your request for vacation pay, when Smart Papers purchased the Hamilton Mill, the asset purchase agreement required Smart Papers to honor earned and accrued vacation for the employees it retained following the sale. Because you were retained by Smart Papers, Smart Papers was required to provide you with your earned and accrued vacation.

With regard to your claim for COBRA benefits, all Hamilton Mill employees were provided with information related to their COBRA benefits at the time of the sale to Smart Papers. Under COBRA, continuation coverage must be elected within 60 days after your coverage ends or you are notified of your eligibility for continuation coverage, whichever is later. As the time for electing COBRA coverage has long past, you are no longer eligible for COBRA benefits. Furthermore, because you were hired by Smart Papers on or about February 9, 2001, you became eligible for Smart Paper's coverage which was comparable to the coverage provided by International Paper. When you obtained comparable coverage, you eligibility for COBRA ended. Thus, you are not currently eligible for COBRA benefits from International Paper.

Cordially,


Sharon L. Barger
Benefits Consultant, Employee Benefits
Office of the Plan Administrator

/slb

Encl.

CC: File

**Flex6 Calculation for Mike Meyer**
**Social Security Number** █████████

**Employee Data**
Social Security Number: ████████6
Name: Mike Meyer
Date of Birth: █████████
Date of Hire: 05/29/1979
Marital Status: M
Spouse's Date of Birth: █████████
Last Date of Hire: 05/29/1979
Location Code: 002HAOH
Current Annual Base Pay Amount: $70,600.08
Date of Termination: 02/09/2001
Credited Service: 21.71000
Vesting Service: 21.69000
Monthly Final Average Pay: $5,364.80
Current Monthly Social Security: $1,602.00
Flex 6 Monthly Social Security: $1,299.00
Age 62 Monthly SS for Level Income: $1,299.00
Age 65 Monthly SS for Level Income: $1,608.00

**Processing Notes**
Prepared By: swp   11/07/2003

## SUMMARY OF SEVERANCE AND PENSION

**Basic Demographic Information**

| | | | |
|---|---|---|---|
| Age at retirement | | 49.08 | Mike Meyer |
| Credited service at termination for pension | | 21.71 | Name |
| Vesting service at termination for pension | | 21.69 | |
| Service from last hire date for severance | | 21.70 | |
| Annual base pay at termination for severance | $ | 70,600 | |
| 5-year final average earnings for pension | $ | 5,365 | Social Security Number |
| Assumed social security without Flex 6 enhancement | $ | 1,602 * | |
| Assumed social security with Flex 6 enhancement | $ | 1,299 ** | |

**Severance**

| | | | |
|---|---|---|---|
| Weeks of severance | | 38.40 | |
| Single sum severance payment | $ | **52,135** | |

**Pension**

Without Flex 6

| | | | |
|---|---|---|---|
| Monthly life annuity of | $ | 1,361.78 | payable at normal retirement date |
| x Early retirement factor | | 0.500 | |
| = Monthly life annuity of | $ | **680.89** | payable when you turn age 55 |

| | | |
|---|---|---|
| Eligible for Flex 6? | | *YES* |

| | |
|---|---|
| Optimum combination | *Age plus 6 and Service plus 0* |

With Flex 6

| | | | |
|---|---|---|---|
| Monthly life annuity of | $ | 1,471.43 | payable at age 65 |
| x Early retirement factor | | 0.668 | |
| = Monthly life annuity of | $ | **982.92** | payable immediately |

| | | |
|---|---|---|
| Adjusted age of | | 55.08 |
| Adjusted credited service of | | 21.71 |
| Adjusted vesting service of | | 21.69 |

\* with level future earnings if not currently retirement eligible; zero future earnings if currently retirement eligible

\*\* with zero future earnings if Flex 6 eligible

Preparation Date: 11/07/2003
Prepared By: swp

## TOTAL PENSION BENEFIT CALCULATION WITH FLEX 6 ENHANCEMENTS

| | | | |
|---|---|---|---|
| Name | Mike Meyer | Retirement Date | 03/01/2001 |
| Social Security Number | | Termination Date | 02/09/2001 |
| Plan Number | 001A | Preparation Date | 11/07/2003 |
| | | Prepared By | **swp** |

### CALCULATION DATA

| | | | |
|---|---|---|---|
| Birth Date | 01/29/1952 | Normal Retirement Date | |
| Spouse's Birth Date | 11/20/1956 | without Flex 6 | 02/01/2017 |
| Hire Date | 05/29/1979 | Age at Retirement | 49.08333 |
| Vesting Service with Flex 6 | 21.69000 | Soc. Sec. Benefit with Flex 6 | $1,299.00 |
| Credited Service with Flex 6 | 21.71000 | | |

Monthly Final Average Earnings (from before Flex 6 calculation sheet)                     $5,364.80

### DETERMINATION OF MONTHLY RETIREMENT BENEFIT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A. .01667 | x | 21.71000 | x | $5,364.80 | = | | $ | 1,941.55 |
| PLUS: | | | | | | | | |
| B. .00500 | x | 0.00000 | x | $5,364.80 | = | | $ | - |
| LESS: | | | | | | | | |
| C. .01667 | x | 21.71000 | x | $1,299.00 | = | | $ | 470.12 |
| D. TOTAL | | | | | | | $ | 1,471.43 |

| | | | |
|---|---|---|---|
| MONTHLY BENEFIT PAYABLE AT | 02/01/2017 | $ | 1,471.43 |
| Reduction for Early Retirement with Flex 6 | 0.66800 | $ | 488.51 |
| MONTHLY BENEFIT PAYABLE AT | 03/01/2001 | $ | 982.92 |

This calculation assumes that you work until the termination date selected.
In addition, no projection is made for your Final Average Earnings

Your optimum Flex 6 combination is: Age plus 6 and Service plus 0.

**JEFF MILLER**

October 8, 2003

Sharon Barger
International Paper
6400 Poplar Avenue
Memphis, Tennessee 38197

Re:    Dalesandro, vs International Paper
       Case No. C-1-01-109
       US District Court, Southern District of Ohio

Dear Ms Barger:

In response to the court ordered Notice of September 24, 2003, we the individual members are to notify you in writing of discrepancies in the calculation of our severance pay and severance benefits of Severance Policy 828.

You did not calculate my weeks of service correctly. The correct service dates are 8/16/88 to 2/9/2001. This equals 12.49 years of service. The years of service equals 22.49 weeks of benefits under the Severance Policy 828. That number of weeks at $ 1355.77 per week equals $30491.27, however you left off other pertinent benefits that were part of the entire 828 package that I am eligible for, that being vacation pay and 9 months of COBRA coverage.

I am entitled to four (4) weeks of vacation pay, $5423.08.

Also 4 months of Cobra at ($95.63 medical per pay) for 6 pay periods or $573.75.

This brings the total owed to me from International Paper to:

|          |             |
|----------|-------------|
| Salary   | $30491.27   |
| Vacation | $5423.08    |
| Cobra    | $573.75     |
| Total    | $36488.10   |

Sincerely,

*Jeff Miller*
Jeff Miller

Cc:
Murdock,Goldenberg,Schneider & Groh

RECEIVED OCT 2 8 2003



International Place I
6400 Poplar Ave.
Memphis, TN 38197
Phone 901 763 6000

May 25, 2004

Jeff Miller
2481 Millville Avenue
Hamilton, Ohio 45013

Re: Champion International Corporation Reorganization Severance Policy #828

Dear Mr. Miller,

We are in receipt of your letter dated October 8, 2003, in which you question the years of service used for the calculation of possible severance benefits payable under Champion International Corporation Reorganization Severance Policy #828 ("the Plan") as well as entitlement to vacation pay and reimbursement for COBRA coverage. The following will explain the results of our research.

A review of your records indicates a previous period of Champion service should have been included in your estimated severance calculation. A corrected Exhibit A is enclosed.

With regard to your request for vacation pay, when Smart Papers purchased the Hamilton Mill, the asset purchase agreement required Smart Papers to honor earned and accrued vacation for the employees it retained following the sale. Because you were retained by Smart Papers, Smart Papers was required to provide you with your earned and accrued vacation.

With regard to your claim for COBRA benefits, all Hamilton Mill employees were provided with information related to their COBRA benefits at the time of the sale to Smart Papers. Under COBRA, continuation coverage must be elected within 60 days after your coverage ends or you are notified of your eligibility for continuation coverage, whichever is later. As the time for electing COBRA coverage has long past, you are no longer eligible for COBRA benefits. Furthermore, because you were hired by Smart Papers on or about February 9, 2001, you became eligible for Smart Paper's coverage which was comparable to the coverage provided by International Paper. When you obtained comparable coverage, you eligibility for COBRA ended. Thus, you are not currently eligible for COBRA benefits from International Paper.

Cordially,


Sharon L. Barger
Benefits Consultant, Employee Benefits
Office of the Plan Administrator

/slb

Encl.

CC: File

# Exhibit A
## Jeffery A. Miller

<u>Severance Calculation</u>

|            |                 | Age at February 9, 2001 |                     |
| ---------- | --------------- | ----------------------- | ------------------- |
| Weekly Pay | Years of Service | Termination             | Weeks of Severance  |
| $1355.77   | 13              | 32                      | 26                  |

#828 Severance Pay:   $35,250.02

October 14, 2003

Sharon Barger
International Paper
6400 Poplar Avenue
Memphis, Tennessee 38197

Re:    Dalesandro, vs International Paper
       Case No. C-1-01-109
       US District Court, Southern District of Ohio

Dear Ms Barger:

In response to the court ordered Notice of September 24, 2003, we the individual
members are to notify you in writing of any discrepancies in the calculation of our
severance pay and severance benefits related to the Champion International
Reorganization Severance Policy #828. Therefore I, as one of the members of the class,
am notifying you in writing of the following discrepancies in the calculation of my
severance pay and benefits:

### Item #1 – Weekly Pay
Attached to this letter is exhibit #1, a copy of my pay stub for the pay period
1/1/01-1/15/01. At the bottom of the stub you will see my gross pay for this two-
week period is listed as $3,238.69, which works out to a weekly salary of
$1619.34 as opposed to the weekly salary of $1357.70 claimed by International
Paper(see exhibit #2).

### Item #2 – Vacation Pay
At the time of my severance, I had not used any of the 5 weeks of vacation to
which I was entitled by my 21 years of service. Therefore I am claiming an
additional 5 weeks of severance pay in lieu of this unused vacation.

### Item #3 – Cobra Payments
In the period following my severance from International Paper, I paid out $504.90
in payroll deductions to Smart Papers LLC for Cobra medical coverage(see
exhibit #3). Therefore I am claiming this amount of money for the Cobra
payments following my termination.

### Item #4 – Pension Enhancement
At the time of my severance from International Paper, I was age 49 and had a
total 21.7 years of service with Champion International and International
Paper(see exhibit 2). Since my age is greater than or equal to 49 years and my
combination of age and years of service is greater than or equal to 59 I therefore
qualify for the plan #828 pension enhancement. This enhancement entitles me to

**RECEIVED OCT 2 0 2003**

early retirement, post retirement death benefits, post retirement life insurance, and post retirement medical plan coverage.

**Item #5 – Financial Planning/Retirement Planning**
Since I will be eligible for early retirement due to the pension enhancement as mentioned in Item #4, I will require the financial/retirement planning assistance outlined on page 6 of the "Summary Plan Description" of plan #828.

In summary, the various benefits owed to me by International Paper are as follows:

**Monetary Benefits**

|   | 10.0 | wks earnings base severance |
|---|---|---|
|   | 21.7 | wks earnings for 21.7 yrs of service |
|   | 6.7 | wks earnings for each yr of service over 15 yrs |
| + | 5.0 | wks earnings for 5 wks of unused vacation |
| = | 43.4 | total wks of earnings |

= 43.4 total wks of earnings X $1,619.34/wk salary = $70,279.36

|   | $58,924.18 | severance earnings |
|---|---|---|
| + | $504.90 | cobra payments |
| = | $59,429.08 |   |

**Other Benefits**
Pension enhancement consisting of:

- Early retirement
- Post retirement death benefits
- Post retirement life insurance
- Post retirement medical plan coverage

Financial/retirement planning assistance

Sincerely,

*Michael L. Meyer*

Michael L. Meyer

Murdock, Goldenberg, Schneider & Groh


mpion International Corporation        Knightsbridge  Hamilton, Ohio    45020

H

| | | DATE | 01-12-2001 |
| | | NO. | 10001211 |
| FINANCIAL INSTITUTION | DESCRIPTION | ACCOUNT NUMBER | AMOUNT |
| CHACO CREDIT UNION | DIR DEP SAV | 158720 | 1,464.46 |

*Exhibit #1*

CC 5A MMHA 5430 4600 M0001  ███████
MICHAEL LOUIS MEYER
782 IMPALA PLACE
HAMILTON        OH 45013

## PAYROLL DEPOSIT ADVICE ONLY - NON NEGOTIABLE
STATEMENT OF EARNINGS AND DEDUCTIONS        RETAIN FOR YOUR RECORDS

INTERNATIONAL PAPER    (CC-5A) MEYER, MICHAEL LOUIS

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | CC5A 6 | FEDERAL TAX | 31636 | 31636 |
| | | | | | SOCIAL SEC TAX | 17974 | 17974 |
| REGULAR EARNING | | 8666 | 294167 | 294167 | MEDICARE TAX | 4204 | 4204 |
| BENEFIT $'S-1 | | | 7752 | 7752 | OHIO | 11412 | 11412 |
| BENEFIT $'S-2 | | | 21950 | 21950 | HAMILTON | 6038 | 6038 |
| | | | | | LTD | 2589 | 2589 |
| | | | | | GROUP LIFE | 913 | 913 |
| | | | | | SAL SAV LOAN 1 | 25840 | 25840 |
| | | | | | PRETAX DENTAL | 3050 | 3050 |
| | | | | | PRTAX GRP LIFE | 500 | 500 |
| | | | | | PRTAX SLRY SAV | 17650 | 17650 |
| | | | | | PRTAX HTH CARE | 2917 | 2917 |
| | | | | | PRTAX OCMED | 27500 | 27500 |
| | | | | | UNITED WAY | 200 | 200 |
| | | | | | CHACO C/U | 25000 | 25000 |
| | | | | | DIR DEP SAV | 146446 | 146446 |

SEE BACK FOR IMPORTANT MESSAGE

*Earnings for
2 week period*

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | SEQUENCE NUMBER | AMOUNT OF DEPOSIT |
|---|---|---|---|---|---|---|---|
| CURRENT | 323869 | 71264 | 106159 = | 146446 | BEGIN 01-01-01 | 10001211 | 146446 |
| YEAR TO DATE PERIOD | 323869 | 71264 | 106159 = | 146446 | END 01-15-01 | | |

Exhibit #2

**Exhibit A to Class Notice**

**Michael L. Meyer**

<u>YOUR SEVERANCE PAY CALCULATION UNDER POLICY #828</u>

| Weekly Pay | Years of Service | Age at February 9, 2001 Termination | Weeks of Severance |
|---|---|---|---|
| $1,357.70 | 21.70 | 49 | 38.40 |

vs $1619.34 calculated from pay stub - see item #1

correct

correct

+ 5 weeks unused vacation - see item #2

**Your #828 Severance Pay Amount:  $52,135.68**

{00008567; 1}

Page 1 of 1

Exhibit #3
printout of email from Ted Hillberg, Smart Papers LLC

**Meyer, Mike**

**From:** Hillberg, Ted
**Sent:** Friday, October 10, 2003 2:44 PM
**To:** Meyer, Mike
**Subject:** Cobra payments

|  | PAYDATE | CHK# | DED AMT |
|---|---|---|---|
| MEYER, MICHAEL LOUIS | 5/4/2001 | 00180054 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 5/18/2001 | 00204056 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/1/2001 | 00220058 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/15/2001 | 00244007 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 6/29/2001 | 00260060 | |
| | | | 84.15 |
| MEYER, MICHAEL LOUIS | 7/13/2001 | 00280059 | |
| | | | 84.15 |
| **MEYER, MICHAEL LOUIS Total** | | | **504.90** |

9/10/03



International Place I
6400 Poplar Ave.
Memphis, TN  38197
Phone 901 763 6000

May 25, 2004

Michael L. Meyer
782 Impala Place
Hamilton, Ohio 45013

Re: Champion International Corporation Reorganization Severance Policy #828

Dear Mr. Meyer,

We are in receipt of your letter dated October 14, 2003, in which you question the amount of the earnings used for the calculation of possible severance benefits payable under Champion International Corporation Reorganization Severance Policy #828 ("the Plan") as well as entitlement to vacation pay, reimbursement for COBRA coverage and pension enhancement. The following will explain the results of our research.

A review of payroll records indicates you were paid on a semi-monthly basis. The check stub that you provided in your correspondence was for the pay period of January 1 through January 15, which is a semi-monthly not a bi-weekly pay period. Your semi-monthly pay was $2,941.67, or $70,600.08 annually, which, according to the plan is $1,357.70 per week for severance.

As a result of our findings, no change will be made to the estimated severance benefit quoted in our previous communication.

Regarding pension, I have enclosed updated pension information reflecting your eligibility for the enhanced pension benefit as provided in the Plan.

With regard to your request for vacation pay, when Smart Papers purchased the Hamilton Mill, the asset purchase agreement required Smart Papers to honor earned and accrued vacation for the employees it retained following the sale. Because you were retained by Smart Papers, Smart Papers was required to provide you with your earned and accrued vacation.

With regard to your claim for COBRA benefits, all Hamilton Mill employees were provided with information related to their COBRA benefits at the time of the sale to Smart Papers. Under COBRA, continuation coverage must be elected within 60 days after your coverage ends or you are notified of your eligibility for continuation coverage, whichever is later. As the time for electing COBRA coverage has long past, you are no longer eligible for COBRA benefits. Furthermore, because you were hired by Smart Papers on or about February 9, 2001, you became eligible for Smart Paper's coverage which was comparable to the coverage provided by International Paper. When you obtained comparable coverage, you eligibility for COBRA ended. Thus, you are not currently eligible for COBRA benefits from International Paper.

Cordially,


Sharon L. Barger
Benefits Consultant, Employee Benefits
Office of the Plan Administrator

/slb

Encl.

CC: File

**Flex6 Calculation for Mike Meyer**
**Social Security Number** ███████

**Employee Data**
Social Security Number: ███████
Name: Mike Meyer
Date of Birth: ███████
Date of Hire: 05/29/1979
Marital Status: M
Spouse's Date of Birth ███████
Last Date of Hire: 05/29/1979
Location Code: 002HAOH
Current Annual Base Pay Amount: $70,600.08
Date of Termination: 02/09/2001
Credited Service: 21.71000
Vesting Service: 21.69000
Monthly Final Average Pay: $5,364.80
Current Monthly Social Security: $1,602.00
Flex 6 Monthly Social Security: $1,299.00
Age 62 Monthly SS for Level Income: $1,299.00
Age 65 Monthly SS for Level Income: $1,608.00

**Processing Notes**
Prepared By: swp   11/07/2003

## SUMMARY OF SEVERANCE AND PENSION

**Basic Demographic Information**

| | | | |
|---|---|---|---|
| Age at retirement | | 49.08 | Mike Meyer |
| Credited service at termination for pension | | 21.71 | Name |
| Vesting service at termination for pension | | 21.69 | |
| Service from last hire date for severance | | 21.70 | |
| Annual base pay at termination for severance | $ | 70,600 | |
| 5-year final average earnings for pension | $ | 5,365 | Social Security Number |
| Assumed social security without Flex 6 enhancement | $ | 1,602 * | |
| Assumed social security with Flex 6 enhancement | $ | 1,299 ** | |

**Severance**

| | | |
|---|---|---|
| Weeks of severance | | 38.40 |
| Single sum severance payment | $ | **52,135** |

**Pension**

Without Flex 6

| | | |
|---|---|---|
| Monthly life annuity of | $ 1,361.78 | payable at normal retirement date |
| x Early retirement factor | 0.500 | |
| = Monthly life annuity of | $ **680.89** | payable when you turn age 55 |

| | |
|---|---|
| Eligible for Flex 6? | *YES* |

| | |
|---|---|
| Optimum combination | ***Age plus 6 and Service plus 0*** |

With Flex 6

| | | |
|---|---|---|
| Monthly life annuity of | $ 1,471.43 | payable at age 65 |
| x Early retirement factor | 0.668 | |
| = Monthly life annuity of | $ **982.92** | payable immediately |

| | |
|---|---|
| Adjusted age of | 55.08 |
| Adjusted credited service of | 21.71 |
| Adjusted vesting service of | 21.69 |

\* with level future earnings if not currently retirement eligible; zero future earnings if currently retirement eligible
\*\* with zero future earnings if Flex 6 eligible

Preparation Date: 11/07/2003
Prepared By: swp

## TOTAL PENSION BENEFIT CALCULATION WITH FLEX 6 ENHANCEMENTS

| | | | |
|---|---|---|---|
| Name | Mike Meyer | Retirement Date | 03/01/2001 |
| Social Security Number | 86 | Termination Date | 02/09/2001 |
| Plan Number | 001A | Preparation Date | 11/07/2003 |
| | | Prepared By | swp |

### CALCULATION DATA

| | | | |
|---|---|---|---|
| Birth Date | | Normal Retirement Date | |
| Spouse's Birth Date | | | |
| | 05/29/1979 | Age at Retirement | 49.08333 |
| Vesting Service with Flex 6 | 21.69000 | Soc. Sec. Benefit with Flex 6 | $1,299.00 |
| Credited Service with Flex 6 | 21.71000 | | |

Monthly Final Average Earnings (from before Flex 6 calculation sheet)                $5,364.80

### DETERMINATION OF MONTHLY RETIREMENT BENEFIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A.  .01667 | x | 21.71000 | x | $5,364.80 | = | $ | 1,941.55 |
| PLUS: | | | | | | | |
| B.  .00500 | x | 0.00000 | x | $5,364.80 | = | $ | - |
| LESS: | | | | | | | |
| C.  .01667 | x | 21.71000 | x | $1,299.00 | = | $ | 470.12 |
| D. TOTAL | | | | | | $ | 1,471.43 |

| | | | |
|---|---|---|---|
| MONTHLY BENEFIT PAYABLE AT | 02/01/2017 | $ | 1,471.43 |
| Reduction for Early Retirement with Flex 6 | 0.66800 | $ | 488.51 |
| MONTHLY BENEFIT PAYABLE AT | 03/01/2001 | $ | 982.92 |

This calculation assumes that you work until the termination date selected.
In addition, no projection is made for your Final Average Earnings

Your optimum Flex 6 combination is: Age plus 6 and Service plus 0.

SALARIED RETIREMENT PLAN
OPTIONAL FORMS OF RETIREMENT BENEFITS

Name: Mike Meyer

Social Security Number: 

Plan Number: 001A
Retirement Date: 03/01/2001
Date Prepared: 11/07/2003

Monthly Benefit Payable

| To retiree | To Contingent Annuitant | |
|---|---|---|
| $982.92 | N/A | SINGLE LIFE ANNUITY - You will receive a payment for your lifetime, payments stop at your death. |
| | | CONTINGENT ANNUITANT ANNUITY OPTIONS - You will receive a monthly benefit during your lifetime and guarantee that the contingent annuitant you designate will receive a selected percentage of that benefit for their lifetime after your death. |
| $884.63 | $442.32 | 50% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| $835.48 | $626.61 | 75% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| $786.34 | $786.34 | 100% CONTINGENT ANNUITANT/JOINT & SURVIVING SPOUSE |
| | | LIFE-TERM CERTAIN ANNUITY OPTIONS - This option provides you with a monthly benefit for your lifetime. If you die within the selected guaranteed period, your named beneficiary will continue to receive the same monthly amount for the balance of the period. If you live longer than the guaranteed period, payments stop at your death. |
| $963.26 | | 5 YEAR CERTAIN |
| $914.12 | | 10 YEAR CERTAIN |
| $855.14 | | 15 YEAR CERTAIN |
| $796.17 | | 20 YEAR CERTAIN |
| $1,355.25 | to 02/01/2014 | LEVEL INCOME OPTION - This option pays a larger benefit to age 62 and a benefit after age 62, reduced to account for social security. |
| $56.25 | thereafter | Payments stop at your death. |
| $1,235.81 | to 02/01/2017 | LEVEL INCOME OPTION - This option pays a larger benefit to age 65 and a benefit after age 65, reduced to account for social security. |
| $0.00 | thereafter | Payments stop at your death. |
| $904.29 | | FULL CASH REFUND ANNUITY - This option provides you with a monthly benefit for lifetime with a guarantee that if you die before receiving payments equal to the total annuity value, your named beneficiary will receive the difference in a lump sum. If you die after the monthly payments exceed the annuity value, payments stop at your death. |
| ANNUITY VALUE $134,420.87 | | |

If you are not married, the single life annuity is the basic form of retirement benefit under the plan.

If you are married, the joint & surviving spouse annuity is the basic form of retirement benefit under the plan and is payable in the amounts shown under the 50% contingent annuitant option above.

## SCHEDULE OF DEATH BENEFIT AFTER RETIREMENT

| | | | |
|---|---|---|---|
| Name | Mike Meyer | Retirement Date | 03/01/2001 |
| Social Security Number | 2▇▇▇ | Hire Date | ▇▇▇ |
| Plan Number | 001A | Birth Date | ▇▇▇ |
| | | Date Prepared | 11/07/2003 |

### DEATH BENEFITS AFTER RETIREMENT

| Amount | From | To |
|---|---|---|
| $5,000.00 | 03/01/2001 | Thereafter |