UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott D. Dalesandro, et al.,
    Plaintiffs

v.                                Case No.   1:01-cv-109

International Paper Company,
    Defendant

**ORDER**

The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another District Judge.

**SO ORDERED**.

Date: October 20, 2004                        s/Sandra S. Beckwith
                                                                Sandra S. Beckwith, Chief Judge
                                                                United States District Court