UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT D. DALESANDRO, et al.,

      Plaintiffs,

-vs-                                                    1:01-cv-109

INTERNATIONAL PAPER COMPANY,

      Defendant.

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Sandra S. Beckwith to the docket of the **Honorable Susan J. Dlott**.

                                      s/Karen F. Jones
                                      Karen F. Jones
                                      Division Manger