IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO, et al., On behalf of themselves and all others similarly situated, | : Case No.: C-1-01-109 <br> : <br> : Judge Susan J. Dlott |
| Plaintiffs, | : |
| v. | : |
| THE INTERNATIONAL PAPER COMPANY, | : |
| Defendant. | : |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiffs move for, and Defendant has agreed to, an extension of time for Plaintiffs to file their Reply Memoranda to Defendant's Response to Plaintiffs' Supplemental Motion for Attorney Fees and Expenses (Doc. #72) and to Defendant's Response to Plaintiffs' Report on the Results of the Notice to the Class for Entry of Final Judgment (Doc. #73). The parties represent to the Court that they are continuing the mediation which was initially conducted on October 14, 2004, and the requested extensions are necessary to focus all efforts on the impending mediation and to possibly preserve judicial resources. Accordingly, Plaintiffs request, and Defendant does not oppose, a two week extension from November 1, 2004 to November 15, 2004 file the above Reply Memoranda.

{00011097; 1}

Respectfully submitted,

s/Theresa L. Groh
Theresa L. Groh, Esq. (0029806)
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2011
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
**Attorneys for Plaintiffs**

s/Michael A. Roberts
Michael A. Roberts, Esq. (0047129)
Graydon, Head & Ritchey LLP
1900 5/3 Center
511 Walnut Street
Cincinnati, Ohio 45202
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Roberts, Esq., Graydon, Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202, and I hereby certify that I have mailed the document by United States Postal Service to the following non CM/ECF participants: W. Carter Younger, Esq. and James P. McElligott, Esq., McGuire Woods, LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4030.

s/Theresa L. Groh
Theresa L. Groh