IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO, et al., On behalf of themselves and all others similarly situated, | : : : : | Case No.: C-1-01-109 Judge Susan J. Dlott |
| Plaintiffs, | : : | |
| v. | : : | |
| THE INTERNATIONAL PAPER COMPANY, | : : : | |
| Defendant. | : | |

*Granted Dlott [signature] 10/28/04*

**AGREED MOTION FOR EXTENSION OF TIME**

Plaintiffs move for, and Defendant has agreed to, an extension of time for Plaintiffs to file their Reply Memoranda to Defendant's Response to Plaintiffs' Supplemental Motion for Attorney Fees and Expenses (Doc. #72) and to Defendant's Response to Plaintiffs' Report on the Results of the Notice to the Class for Entry of Final Judgment (Doc. #73). The parties represent to the Court that they are continuing the mediation which was initially conducted on October 14, 2004, and the requested extensions are necessary to focus all efforts on the impending mediation and to possibly preserve judicial resources. Accordingly, Plaintiffs request, and Defendant does not oppose, a two week extension from November 1, 2004 to November 15, 2004 file the above Reply Memoranda.

{00011097; 1}