IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 NOV 10  PM 3:26

SOUTHERN DIST. OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| SCOTT D. DALESANDRO and DIANE NOONAN, on behalf of themselves and others,<br><br>        Plaintiffs,<br><br>        vs.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>        Defendant. | Case No. C-1-01 109<br><br>Judge Sandra S. Beckwith |

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Mildred Bennett Wells, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that she is a member in good standing of the Bar of the highest Court of the State of Virginia and that a current Certificate of Good Standing in this Court is provided. Petitioner states further that she is not eligible for admission under Local Rule 83.4(b). Petitioner designates Grant S. Cowan as local counsel. His business address is provided below in the Consent of Designated of Local Counsel.

This 8th day of November, 2004.


_Mildred Bennett Wells_
Mildred Bennett Wells
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219
(804) 775-4364 - telephone
(804) 698-2058 – fax

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Grant S. Cowan, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This ___9TH___ day of ___November___, 2004.

Grant S. Cowan (per authority by Adam P. Hall)
Grant S. Cowan
Ohio Bar # 0029667
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6745 - telephone
(513) 651-6981 - fax

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiffs this date 11/10/04.

Grant S. Cowan

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia H. Krueger, Clerk of the Supreme Court of Virginia,

do hereby certify that

### MILDRED BENNETT WELLS

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 4, 2003.

I further certify that so far as the records of this office are

concerned, MILDRED BENNETT WELLS is a member of the bar of this

Court in good standing.

**Witness** my hand and seal of said Court

This 4th day of November

A.D. 2004

By: _____

*Deputy Clerk*

Wed Nov 10 15:25:15 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 424759
Cashier        sj1

Tender Type  CHECK

Check Number: 200123

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No      Acct
4661          1          6855XX

Amount              $      50.00

MILDRED BENNETT WELLS

PRO HAC VICE 1:01-CV-109

Wed Nov 10 15:25:15 2004

Check No. 200123
Amount $    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661