UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott D. Dalesandro, et al.,
    Plaintiffs

v.                                      Case No.  1:01-cv-109

International Paper Company,
    Defendant

**ORDER**

      This matter is before the Court on Plaintiffs' Motion for Admission of attorney Mildred Bennett (Doc. 81).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Mildred Bennett is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

November 22, 2004                      s/Sandra S. Beckwith
Date                                          Sandra S. Beckwith, Chief Judge
                                                United States District Court