**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott D. Dalesandro, et al.,
    Plaintiffs

v.                                                            Case No.  1:01-cv-109

International Paper Company,
    Defendant

**AMENDED ORDER**

    This matter is before the Court on Defendants' Motion for Admission of attorney Mildred Bennett Wells (Doc. 81).

    **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Mildred Bennett Wells is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant.

    **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

November 23, 2004                              s/Sandra S. Beckwith
Date                                                      Sandra S. Beckwith, Chief Judge
                                              United States District Court