IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO, et al.,<br>   On behalf of themselves and<br>   all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>THE INTERNATIONAL PAPER COMPANY,<br><br>      Defendant. | : : : : : : : : : : : : : | Case No.: C-1-01-109<br><br>Hon. Sandra Beckwith<br><br><br>NOTICE OF CHANGE<br>OF ADDRESS |

     PLEASE TAKE NOTICE THAT, effective December 13, 2004, the new mailing address for John C. Murdock and Theresa L. Groh of Murdock Goldenberg Schneider & Groh, LPA, Counsel for Plaintiffs, is 35 East Seventh Street, Suite 600, Cincinnati, Ohio 45202.  The phone and facsimile numbers remain the same.  Please direct all future communications to the new address.

                        Respectfully submitted,

                        s/Theresa L. Groh
                        Theresa L. Groh, Esq. (0029806)
                        John C. Murdock, Esq. (0063749)
                        Murdock Goldenberg Schneider & Groh, L.P.A.
                        700 Walnut Street, Suite 400
                        Cincinnati, Ohio  45202-2011
                        Telephone:  (513) 345-8291
                        Facsimile:  (513) 345-8294
                        **Trial Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Grant Spencer Cowan, Robert Joseph Hollingsworth, and Mildred Bennett Wells, and I hereby certify that I have mailed the document via regular U.S. Mail Service to the following non CM/ECF participants: W. Carter Younger, Esq. and James P. McElligott, Esq., McGuire Woods, LLP, One James Center, 901 East Cary Street, Richmond, VA 23219-4030.

                                            s/Theresa L. Groh
                                            Theresa L. Groh