IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott D. Dalesandro, )
<u>et al.</u>, )
 )
    Plaintiffs, ) Case No. 1:01-CV-109
 )
 vs. )
 )
International Paper )
Company, )
 )
    Defendant. )

<u>O R D E R</u>

  Pursuant to the Court's phone conference with the parties, Defendant International Paper's brief on Flex Six benefits is due February 9, 2005, Plaintiffs' memorandum in response is due February 21, 2005, and International Paper's reply brief is due March 4, 2005.

**IT IS SO ORDERED**

Date<u> January 13, 2005 </u>     <u>   s/Sandra S. Beckwith   </u>
                Sandra S. Beckwith, Chief Judge
                 United States District Court