**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| SCOTT D. DALESANDRO and DIANNE NOONAN, on behalf of themselves and Others,        : : : : | |
|     Plaintiffs,           : | Case No. C-1-01 109 |
|         Vs.          : : : | Judge Sandra S. Beckwith |
| INTERNATIONAL PAPER COMPANY,     : : | |
|     Defendant          : | |

**NOTICE OF MANUAL FILING OF SEVERANCE CALCULATIONS
UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Please take notice that Defendant, International Paper Company, hereby files with this Court Severance Calculations Under Seal Pursuant to Protective Order. Contents of the filing refer to information and materials that are designated as "confidential" under the Protective Order entered by this Court.

Respectfully submitted,

s/*Grant S. Cowan*
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182

W.Carter Younger (VSB #01147)
(Admitted Pro Hac Vice)
James P. McElligott, Jr. (VSB #014109)
McGuireWoods LLP
One James Center
Richmond, Virginia  23219
(804) 775-4363

Trial Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2005, a true and complete copy of this document was delivered via electronic filing to Counsel for Plaintiff, Theresa L. Groh, Esq., and John C. Murdock at Murdock, Goldenberg, Schneider & Groh, L.P.A., 35 East Seventh Street, Suite 600, Cincinnati, Ohio, 45202.

s/ Grant S. Cowan