IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. DALESANDRO, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 1:01-CV-109 |
| INTERNATIONAL PAPER COMPANY, | ) ) ) ) | Judge Beckwith |
| Defendant. | ) | |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant International Paper Company, by counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered by the Court in this action in favor of plaintiffs on July 8, 2005.

OF COUNSEL:

W. Carter Younger (admitted pro hac vice)
James P. McElligott (admitted pro hac vice)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

Grant S. Cowan (Ohio No. 0029667)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6745 (direct dial)
(513) 651-6981 (facsimile)
gcowan@fbtlaw.com (e-mail)

ATTORNEYS FOR DEFENDANT
INTERNATIONAL PAPER COMPANY

**Certificate of Service**

I certify that this August 3, 2005, a true copy of the foregoing was mailed to Theresa L. Groh and John C. Murdoch, Murdoch Goldenberg Schneider & Groh, LPA 35 East Seventh Street, Suite 600, Cincinnati, Ohio 45202-2011, counsel for plaintiffs.

*/s/ Adam P. Hall*

CinLibrary 0010443.0528997  1528383v.1