```
Wed Aug  3 15:46:50 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 427724
Cashier        sj1

Check Number:  10628

DO Code      Div No
 4661          1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:086900  N     2         150.00

Total Amount         $    255.00

FROST BROWN TODD


NOTICE OF APPEAL 1:01-CV-109




Wed Aug  3 15:46:50 2005

Check No.   10628
Amount$    165.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```