**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**



05 AUG -4 PM 3: 00

| | | |
|---|---|---|
| **SCOTT D. DALESANDRO, et al.,** | : | **Case No. C-1-01-109** |
| **On behalf of themselves and** | : | |
| **all others similarly situated,** | : | **Judge Sandra S. Beckwith** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **NOTICE OF APPEAL** |
| | : | |
| **THE INTERNATIONAL PAPER** | : | |
| **COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

Notice is hereby given that Plaintiffs, Scott Dalesandro and Diane Noonan, individually

and as representatives of a certified class, hereby appeal to the United States Court of Appeals

for the Sixth Circuit from the Final Judgment entered in this action on July 8, 2005.

Respectfully submitted,

_____
Theresa L. Groh (0029806)
John C. Murdock (0063749)
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2011
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
**Trial Attorney for Plaintiffs, Scott Dalesandro**
**and Diane Noonan, Individually and as**
**Representatives of the Certified Class**

{00012946; 1}

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005 I filed the foregoing with the Clerk of the Court and will send notification of such filing to the following: Grant S. Cowan, Mildred Bennett Wells, Vincent J. Miraglia, W. Carter Younger, James P. McElligott, and Myron Wolf via US Mail Service.

{00012946; 1}