```
Thu Aug  4 14:52:30 2005

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.   100 427737
Cashier       sj1

Check Number:  6551

DC Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900  N    2          105.00
2:510000  N    2          150.00

Total Amount         $    255.00

MURDOCK GOLDENBERG SCHNEIDER & GROH LPA

NOTICE OF APPEAL 1:01CV109



Thu Aug  4 14:52:30 2005

Check No.  6551
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```