# EXHIBIT C

Case 1:01-cv-00109-SSB    Document 102-4    Filed 09/19/2005    Page 1 of 4

Case 1:01-cv-00109-SSB    Document 102-4    Filed 09/19/2005    Page 2 of 4
Dalesandro et al. v. International Paper
Case No. C-1-01-109

List of Class Members

| LastName | FirstName |
| --- | --- |
| Adams | Dennis James |
| Adsit | Spencer M. |
| Ahner | Richard J. |
| Allen | Sharon N. |
| Allen | Mike J. |
| Anderson | Wes |
| Androski | Brett |
| Angst | Andrea |
| Bales | Danielle M. |
| Beecher | James |
| Bergeron | Joseph A. |
| Bernard | Rick |
| Betz | Jeffrey R. |
| Bieker | David J. |
| Bokeno | Tom |
| Bowling | Mary M. |
| Boyd | Donald R. |
| Brandenburg | Arch Wayne |
| Brisebois | David |
| Brockman-Jester | Deborah K. |
| Brockway | Anita J. |
| Bruce, Jr. | Raleigh |
| Bryant | Joel E. |
| Buchanan | Bob |
| Bunn | Cheryl A. |
| Burns | Brenda Gail |
| Cagle | Russell |
| Campbell | Donald M. |
| Carmean | Robert E. |
| Carpenter | Susan D. |
| Cathers | Carla |
| Cochran | Jeffrey N. |
| Cooper | Stuart |
| Crawford | Lonnie |
| Croucher | Clarence W. |
| Crow | David R. |
| Dalesandro | Scott D. |
| Dempsey | Janet L. |
| Dickerson | David L. |
| Disney | David A. |
| Dixon | Terrance L. |
| Dunn | Richard W. |
| Elliott | Gary W. |
| Elwell | Brian K. |
| Emery | Richard |
| Etter | Nancy |
| Fasse | Brett |
| Fields | Teresa |
| Forsythe | Martin B. |
| Gallenstein | Jennifer A. |
| Geist | Garth B. |

List of Class Members

| | |
|---|---|
| Getz | Walter C. |
| Glaab | Michael P. |
| Grantz | James A. |
| Green | Natalie J. |
| Guban | Lori J. |
| hampton | Doris |
| Hardesty | Kenneth L. |
| Hendershot | Waymond R. |
| Hensley | Jennifer D. |
| Hensley | Jewel |
| Hillberg | Theodore J. |
| Hobbs | Jennifer L. |
| Hoff | James M. |
| Hofferberth | Todd James |
| Ivey | Richard W. |
| Jakubowski | Christina R. |
| Johnson | Nicole C. |
| Johnson | Richard L. |
| Jones | Brent |
| Jones | Thomas R. |
| Jordan | Dale H. |
| Kaup | Kenneth G. |
| Keating | Joseph P. |
| Kidd | Pam |
| Kirk | James F. |
| Knobeloch-Plenz | Sandy |
| Kucera | Josef M. |
| Lacey | Deborah J. |
| Laslo | Christina |
| Laycock | Carla C. |
| Lehman | Barbara |
| Lewis | Matthew C. |
| Lewis | Milton E. |
| Lopane | Michael |
| Louden | Mary C. |
| Maheu | Daniel J. |
| Marcus | Curtis |
| Martin | Jeffrey L. |
| Matthews | Charles E. |
| Mayo | Elizabeth C. |
| McAlpin | Thomas |
| McCollum | John E. |
| McShane | Catherine |
| Meyer | Michael L. |
| Miller | Adam W. |
| Miller | Jeffrey A. |
| Murray | Alexis |
| Natoli | Mattlyn W. |
| Neumann | Joanne |
| Nicely | John J. |
| Nobiling | Kevin G. |
| Noonan | Diane J. |

Case 1:01-cv-00109-SSB     Document 102-4     Filed 09/19/2005     Page 4 of 4
Dalesandro et al. v. International Paper
Case No. C-1-01-109

List of Class Members

| | |
|---|---|
| Opoku | Edward K. |
| Pan | Yun-Long |
| Parker | James O. |
| Peace | June S. |
| Peacock | Gary |
| Philley | James M. |
| Phillips | E. Hocutt |
| Ramirez | Lorena S. |
| Ramsey | Henry E. |
| Reiff | Faye J. |
| Rice | John R. |
| Rigabar | Terry |
| Rose | Debra A. |
| Santamaria | John M. |
| Schindler | Lawrence W. |
| Schmahl | Ian V. |
| Sicking | Bryan |
| Simpson | Paul B. |
| Sloneker | Suzanne |
| Sloneker | Timothy |
| Smith | Julie |
| Smith-Welch | Dawn L. |
| Sowders | Hope |
| Spears | Karen |
| St. Pierre | Felix R . |
| Stanifer | Charles O. |
| Stevens | Matthew D. |
| Storer | James S. |
| Storton | Patricia A. |
| Taylor | James Brent |
| Theobald | Donna |
| Thomas | Hugh D. |
| Thomas | Manoj K. |
| Thompson | Timothy W. |
| Truster | Jonathon H. |
| Von Bargen | Charles E. |
| Walch | James D. |
| Weiser | Thomas E. |
| Wilburn | Renee S. |
| Wilhelm | Patricia Ann |
| Williams | Kevin W. |
| Wocher | Thomas |
| Wulker | David R. |
| Yiznitsky | Kenneth A. |
| Young | Christian L. |
| Zeek | Daniel W. |