No. 05-4028; 05-4029

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SCOTT D. DALESANDRO, on behalf of himself and all others similary situated; DIANE NOONAN, on behalf of herself and all others similary situated

    Plaintiffs - Appellees, Cross-Appellants

INTERNATIONAL PAPER COMPANY

    Defendant - Appellant, Cross-Appellee

FILED

OCT 0 6 2005

LEONARD GREEN, Clerk

1:01-cv-109

ORDER

In accordance with the agreement reached in settlement discussions conducted pursuant to Rule 33, Rules of the Sixth Circuit, the parties jointly move for a remand of this cause to the United States District Court for the Southern District of Ohio, Western Division, for determination of the parties' motion filed pursuant to Rule 60(b), Federal Rules of Civil Procedure and of the motion for settlement approval pursuant to Federal Rules of Civil Procedure 23(e).

Upon consideration of the motion and further considering Judge Beckwith's order of August 2, 2005,

**IT IS ORDERED** that the motion be and hereby is granted. The appeals are remanded to the District Court for further proceedings. See First National Bank of Salem, Ohio v. Hirsch, 535 F.2d at 343 (6th Cir. 1976). The appeals may be reinstated at anytime upon motion by either party but no later than thirty (30) days after an order denying final approval of the settlement.

                                  ENTERED PURSUANT TO RULE 33(d)
                                  RULES OF THE SIXTH CIRCUIT
                                  Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
www.ca6.uscourts.gov

Filed: October 6, 2005

Theresa L. Groh
Murdock, Goldenberg, Schneider & Groh
35 E. 7th Street
Suite 600
Cincinnati, OH 45202

Grant S. Cowan
Frost, Brown & Todd
201 E. Fifth Street
Suite 2200 PNC Center
Cincinnati, OH 45202-4182

RE: 05-4028: 05-4029
Dalesandro vs. Intl Paper Co
District Court No. 01-00109

Enclosed is a copy of an order which was entered today in the above-styled case.

Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
    Mr. James Bonini