UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO and DIANNE NOONAN, on behalf of themselves and the certified Class, : : : | |
| Plaintiffs, : | Case No. C-1-01-109 |
| : | |
| v. : | Judge Sandra S. Beckwith |
| : | |
| INTERNATIONAL PAPER COMPANY, : : | |
| Defendant : | |

NOTICE OF MANUAL FILING OF AMENDED SEVERANCE CALCULATIONS
UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Please take notice that Defendant, International Paper Company, hereby files with this Court Amended Severance Calculations Under Seal Pursuant to Protective Order. Contents of the filing refer to information and materials that are designated as "confidential" under the Protective Order entered by this Court.

Respectfully submitted,

_/s/ Grant S. Cowan_____
Grant S. Cowan (0029667)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
Phone: 513-651-6800
Fax: 513- 651-6981

W. Carter Younger (VSB #01147)
(Admitted Pro Hac Vice)
MCGUIRE WOODS LLP
One James Center
Richmond, Virginia 23219
Phone: 804-775-4363
Fax: 804-698-2214

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of November 2005, a true and complete copy of this document was delivered via electronic filing to Counsel for Plaintiff, Theresa L. Groh, Esq. and John Murdock at Murdock, Goldenberg, Schneider & Groh, LPA, 35 East Seventh Street, Suite 600, Cincinnati, OH 45202-2446.

                                                                      _s/ Grant S. Cowan_

CINLibrary 0010443.0528997 1574143v.1