# CIVIL MINUTE SHEET

CASE NUMBER: C-1-01-109  DATE: Wed., Nov. 16, 2005
TITLE: Dalesandro v. Int'l Paper
RE: Fairness Hearing
(10:35 - 10:50)

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Patrick Smith
Court Reporter: Mary Ann Ranz (Official)

**Attorney for Plaintiff(s)**
Teri Groh
John Murdock

**Attorney for Defendant(s)**
Grant Cowan
James McElligott

## WITNESSES

## PROCEEDINGS

Re: Thompson

Pltfs' Counsel gives summary of class settlement. No objections have been received. Deft. submits correction of severance marked as Deft's Ex. A. The Court finds the settlement is reasonable and it is approved. Fees & expenses are approved as well as the incentive awards.