**Impact of Correction of Thompson Severance from $19,174.18 to $36,554.00**

**Former calculation:**

Settlement Discount = ($3,670,000.00 minus attorneys fees, costs and incentive payments) divided by $4,203,760.32

If maximum attorneys fees, costs and incentive payments are awarded, $962,500.00 ($917,500 in attorneys fees, $25,000 in costs and $20,000 in incentive payments) is deducted from the $3,670,000.00 Settlement Amount.

Thus Settlement Discount equals

$3,670,000.00 minus $962,500.00 divided by $4,203,760.32

That is: $2,707,500.00 divided by $4,203,760.32 = 0.644066

**Calculation with Thompson Severance Raised from $19,174.18 to $36,554.00, an Increase of $17,379.82**

Settlement Discount = ($3,670,000.00 minus attorneys fees, costs and incentive payments) divided by **$4,221,140.14** ($4,203,760.32 plus **$17,379.82)**

If maximum attorneys fees, costs and incentive payments are awarded, $962,500.00 ($917,500 in attorneys fees, $25,000 in costs and $20,000 in incentive payments) is deducted from the $3,670,000.00 Settlement Amount.

Thus Settlement Discount equals

$3,670,000.00 minus $962,500.00 divided by **$4,221,140.14**

That is: $2,707,500.00 divided by **$4,221,140.14** = 0.641414


DEFENDANT'S EXHIBIT