UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SCOTT D. DALESANDRO and DIANNE NOONAN**, on behalf of themselves and the certified Class, | : : : : | |
| Plaintiffs, | : | Case No. C-1-01-109 |
| v. | : : | Judge Sandra S. Beckwith |
| **INTERNATIONAL PAPER COMPANY**, | : : : | |
| Defendant | | |

**JUDGMENT OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 23(e), Class Representatives Scott Dalesandro and Diane Noonan, individually and on behalf of the Class they represent, and Defendant International Paper Company, having settled, and the Court having entered its Order Granting Final Approval to Class Action Settlement,

**IT IS HEREBY ORDERED** that:

1.   All claims of all members of the Class, as defined in the Order Granting Final Approval, against International Paper Company in this case are dismissed with prejudice;

2.   All claims of Class Representatives Scott Dalesandro and Diane Noonan against International Paper Company in this case are dismissed with prejudice;

3. Notwithstanding the dismissal of claims in the preceding paragraphs, the Court shall retain jurisdiction over the construction, interpretation, implementation and enforcement of the Settlement Agreement and over the administration and distribution of settlement benefits;

4. All members of the Class described in the Order Granting Final Approval are bound by the release of claims set forth in the Class Action Settlement Agreement and in the Release and are hereby permanently enjoined and restrained from filing or prosecuting any settled claim against Defendant; and

5. This is a final, appealable order, this Court having determined that there is no just reason for delay.

Dated: November 16, 2005                         s/Sandra S. Beckwith
                                                 Sandra S. Beckwith, Chief Judge
                                                 United States District Court

{00013577; 1}