UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SCOTT D. DALESANDRO** and **DIANNE NOONAN**, on behalf of themselves and the certified Class, | : : : | |
| Plaintiffs, | : : | Case No. C-1-01-109 |
| v. | : : | Judge Sandra S. Beckwith |
| **INTERNATIONAL PAPER COMPANY,** | : : | |
| Defendant | : | |

**JOINT MOTION TO EXTEND DATE FOR
FINAL DISTRIBUTION AND ACCOUNTING**

Defendant International Paper Company and Plaintiffs Scott Dalesandro and Diane Noonan, on behalf of themselves and the certified Class jointly move to extend the date of final distribution and accounting two weeks to February 28, 2006. The parties have been able to distribute funds to all but two Plaintiffs and are continuing to work to locate those individuals. Thus, the parties seek an additional two weeks to either locate those individuals or redistribute the remaining funds among the responsive class members, as set forth in the agreement, and then to file a full accounting to the Court.

Dated: February 14, 2006

Respectfully submitted,

| | |
|---|---|
| s/ Theresa L. Groh | s/ Grant S. Cowan |
| Theresa L. Groh (0029806) | Grant S. Cowan (0029667) |
| John C. Murdock (0063749) | FROST BROWN TODD LLC |
| MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA | 2200 PNC Center |
| | 201 East Fifth Street |
| 35 East Seventh Street, Suite 600 | Cincinnati, Ohio 45202-4182 |
| Cincinnati, OH 45202-2446 | Phone: 513-651-6800 |
| Phone: 513-345-8291 | Fax: 513-651-6981 |
| Fax: 513-345-8294 | e-mail: gcowan@fbtlaw.com |
| **Attorneys for Plaintiffs and the Certified Class** | W. Carter Younger (VSB #01147) |
| | James P. McElligott, Jr. (VSB #14109) |
| | (Admitted Pro Hac Vice) |
| | MCGUIRE WOODS LLP |
| | One James Center |
| | Richmond, Virginia 23219 |
| | Phone: 804-775-4363 |
| | Fax: 804-698-2214 |
| | **Attorneys for Defendant** |

2