UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO and DIANNE NOONAN, on behalf of themselves and the certified Class,<br>       Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>       Defendant | Case No. 1:01cv-109<br><br>Judge Sandra S. Beckwith |

**ORDER**

For good cause shown, the Court grants the parties Joint Motion To Extend Date For Final Distribution and Accounting and hereby orders that a final distribution to the class and an accounting to the Court will be made by Defendant on or before February 28, 2006.

**IT IS SO ORDERED**.

Date: February 14, 2006                         s/Sandra S. Beckwith
                                                Sandra S. Beckwith, Chief Judge
                                                United States District Court