UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT D. DALESANDRO and DIANNE NOONAN, on behalf of themselves and the certified Class,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>    Defendant | : <br> : <br> :   Case No. C-1-01-109 <br> : <br> : <br> :   Judge Sandra S. Beckwith <br> : <br> : <br> : <br> : |

**NOTICE OF MANUAL FILING OF FINAL DISTRIBUTION AND ACCOUNTING UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Please take notice that Defendant, International Paper Company, hereby files with this Court the Final Distribution and Accounting Under Seal Pursuant to Protective Order. Contents of the filing refer to information and materials that are designated as "confidential" under the Protective Order entered by this Court.

Respectfully submitted,

  /s/ Grant S. Cowan
Grant S. Cowan (0029667)　　　　　　　W. Carter Younger (VSB #01147)
FROST BROWN TODD LLC　　　　　　　(Admitted Pro Hac Vice)
2200 PNC Center　　　　　　　　　　　MCGUIRE WOODS LLP
201 East Fifth Street　　　　　　　　　One James Center
Cincinnati, Ohio 45202-4182　　　　　　Richmond, Virginia 23219
Phone: 513-651-6800　　　　　　　　　Phone: 804-775-4363
Fax: 513-651-6981　　　　　　　　　　Fax: 804-698-2214

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 28th day of February 2006, a true and complete copy of this document was delivered via electronic filing to Counsel for Plaintiff, Theresa L. Groh, Esq. and John Murdock at Murdock, Goldenberg, Schneider & Groh, LPA, 35 East Seventh Street, Suite 600, Cincinnati, OH 45202-2446.

                                                                  _s/ Grant S. Cowan_